# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARVELL TECHNOLOGY GROUP, LTD and )<br>MARVELL SEMICONDUCTOR, INC., )<br>)<br>Defendants. )<br>)<br>AND RELATED COUNTERCLAIMS )<br>) | Civ. Action No. 2:09-cv-00290-NBF |

**NOTICE OF FILING OF CARNEGIE MELLON UNIVERISITY'S TECHNOLOGY TUTORIAL AND MARKMAN HEARING SLIDES**

Pursuant to the Court's April 13, 2010 Order (Dkt. No. 107) and to preserve the record, Plaintiff Carnegie Mellon University ("CMU") hereby files the following documents as Exhibits hereto:

- Exhibit A: CMU's Technology Tutorial slides provided to the Court on April 1, 2010 (Dkt. No. 97) and used at the Technology Tutorial held on April 7, 2010.

- Exhibit B: A CD containing CMU's Technology Tutorial (with animations) provided to the Court on April 1, 2010 (Dkt. No. 97) and used at the Technology Tutorial held on April 7, 2010. The CD will be hand delivered to the Clerk of Courts for filing.

- Exhibit C: CMU's Markman hearing slides provided to the Court on April 6, 2010 (Dkt. No. 102).

- Exhibit D: CMU's Markman hearing slides used at the Markman hearing held on April 12-13, 2010.

PI-2352579 v1

- 2 -

| | |
|---|---|
| Dated: April 16, 2010 | Respectfully submitted, |
| | /s/ Christopher M. Verdini |
| Douglas B. Greenswag (admitted *pro hac vice*) | Patrick J. McElhinny Pa. I.D. # 53510 |
| douglas.greenswag@klgates.com | patrick.mcelhinny@klgates.com |
| David T. McDonald (admitted *pro hac vice*) | Christopher M. Verdini Pa. I.D. # 93245 |
| david.mcdonald@klgates.com | christopher.verdini@klgates.com |
| K&L GATES LLP | K&L GATES LLP |
| 925 Fourth Avenue | K&L Gates Center |
| Suite 2900 | 210 Sixth Avenue |
| Seattle, WA 98104-1158 | Pittsburgh, PA 15222 |
| Phone: 206.623.7580 | Ph (412) 355-6500 |
| Fax: 206.623.7022 | Fax (412) 355-6501 |
| | |
| | *Counsel for Plaintiff, Carnegie Mellon University* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/ Christopher M. Verdini
                                        Christopher M. Verdini, Pa. I.D. # 93245
                                        christopher.verdini@klgates.com
                                        K&L GATES LLP
                                        K&L Gates Center
                                        210 Sixth Avenue
                                        Pittsburgh, PA 15222
                                        Phone: 412.355.6500
                                        Fax: 412.355.6501