# Exhibit A

# Part 1

# CMU v. Marvell

*Technology Tutorial*

# CMU Technology Tutorial

*Carnegie Mellon University and the Patents*

*Data Density on a Magnetic Hard Disk*

*Data on a Magnetic Hard Disk*

*Writing Data on a Magnetic Hard Disk*

*Reading Data on a Magnetic Hard Disk*

*Noise on a Magnetic Hard Disk*

*Viterbi Algorithm and the "Trellis"*

*Prior Art Viterbi Detector*

*The Kavcic-Moura Invention*

## Carnegie Mellon

*Pioneering Solutions for the World*

- ▶ *Private research University*
- ▶ *Over 100 research centers addressing a broad range of interests and industries*
- ▶ *11,000 students*
- ▶ *75,000 active alumni*
- ▶ *4,000 faculty and staff*
- ▶ *World-class arts and technology programs*
- ▶ *Collaboration across disciplines*
- ▶ *Innovative leadership in education*
- ▶ *Faculty members are practicing professionals who bring extensive knowledge and experience*
- ▶ *Faculty and students work to solve real-world problems*
- ▶ *Top-ranked University*

## Carnegie Mellon

*Pioneering Solutions for the World*     <span style="color:darkred">*Collaborative Effort Between Departments*</span>






Mechanical Engineering

**The Data Storage Systems Center** *(DSSC) is an interdisciplinary research and educational organization whose mission is to* **advance information storage technologies**. *Faculty and students from a wide range of disciplines are developing the fundamental understanding of the science and* **advanced engineering methods required for future generations of information storage systems**.

 
Material Science and Engineering

 

 **Department of Chemistry**

 

# Groundbreaking Patents

## Carnegie Mellon

*Pioneering Solutions for the World*

**U.S. Patent 6,201,839**        **U.S. Patent 6,438,180**









**Dr. Alek Kavcic**    **Dr. Jose Moura**

insensitive detectors. It has also been demonstrated that the performance margin between the correlation sensitive and the correlation insensitive detectors grows with the recording density. In other words, the performance of the corre-

## A fundamentally new way to accurately detect digital data.

Source: '839 Patent
(Col. 2:1-2, Col. 13:40-43 )

# Data Density on a Magnetic Hard Disk

# Components of a Magnetic Hard Disk Drive



**Platter/Disk**
*Stores **data** in millions of concentric **tracks***

**One Track**
*Contains millions of **magnetic bit regions***

**Read/Write Head**
- *Writes digital data as **magnetic bit regions***
- *Reads **magnetic bit regions** from the **tracks***

**Read Channel Detector**
*Detects the data written to the disk*

# Components of a Magnetic Hard Disk Drive



**One Track**
*Contains millions of **magnetic bit regions***



**Bit Spacing**

**One Bit of Data on a Track**

**Track Width**

**1956**



Bit Spacing

Track Width

2010



2,000 Tracks
in the width of one
human hair

*Microscopic view of hair*

**Human Hair**

**2010**



1"

**200,000 bits of data
in one inch of track**

Data density in 2001

# Data Density Has Increased Exponentially



# Miniaturization



**1956** ➡ **2010**



**Hard Drive**

52 disks
24 inches wide

# 5 MB
**Capacity**

**Hard Drive**

4 disks
3.5 inches wide

# 1,097,152 MB
**Capacity**

**Carnegie Mellon**

*Pioneering Solutions for the World*

**U.S. Patent 6,201,839**     **U.S. Patent 6,438,180**






**Dr. Alek Kavcic**     **Dr. Jose Moura**

**The Kavcic-Moura Invention allowed for further miniaturization when prior art could not.**



Carnegie Mellon

*Pioneering Solutions for the W...*

DSSC
*The Data Storage Systems Center*

**Desktop Computer**

**Laptop Computer**

U.S. Paten...

**iPod Classic**

Dr. Alek Kavcic    Dr. Jose Moura

**Digital Video Recorder**

**Gaming Console**



# Data on a Magnetic Hard Disk

# Magnetic Hard Disks Contain All Types of Data



**Medical Records**

**Computer Files**

**Digital Images**

**Music / Movies**

# Data on a Magnetic Hard Disk



**Track**

*Stores data as **magnetic bit regions***

# Data on a Magnetic Hard Disk





**One Bit**
*"Magnetic Bit Region"*

*Track Width*

*Bit Spacing*



**One Bit**

*Magnetic Bit Region*



*Granular Magnetic Medium*



# Data on a Magnetic Hard Disk



**One Bit**
*"Magnetic Bit Region"*



1 0 0 1 0 0 0 0 1 0 1

1 0 0 1

**A binary "1" is stored as a transition between opposite polarities**

**A binary "0" is stored as a non-transition between opposite polarities**

# Data on a Magnetic Hard Disk



**One Bit**
*Magnetic Bit Region*



1 0 0 1 0 0 0 0 1 0 1



**The jagged transitions caused by the granular medium create distortions in the signal (media noise)**

## Comparing data regions on a hard disk
## to letters on a page

