# Exhibit A

# Part 2

# Difficulties Due To Increased Data Density

They both need to be read to produce meaningful information



Jagged Transitions

# Difficulties Due To Increased Data Density

**As the density of the data and letters increase, the harder it is to read the information**



# Difficulties Due To Increased Data Density

**In order to read the smaller more dense data or letters, a conventional reading aid is required**



# Difficulties Due To Increased Data Density

**As one attempts to cram even more content into the same area, conventional reading aids are no longer effective**



# Difficulties Due To Increased Data Density

**The interference between the data is like overlapping letters on a page. One cannot tell where one letter ends and another begins**



# Difficulties Due To Increased Data Density

**The Kavcic-Moura Invention, a fundamentally new way to accurately detect data read from computer storage devices**





# Writing Data to the Hard Disk



**Read/Write Head**
- *Writes binary data as **magnetic bit regions***
- *Reads **magnetic bit regions** from the tracks*

# Writing Data to the Hard Disk



**Read/Write Head**
- *Writes binary data as **magnetic bit regions***
- *Reads **magnetic bit regions** from the tracks*

# Writing Data to the Hard Disk



Track

# Writing Data to the Hard Disk

The Write Head generates an alternating magnetic field to set the polarity of each magnetic bit region



repeating polarity = 0
changing polarity = 1

# Reading Data on the Hard Disk