# Exhibit A

# Part 3

# Reading Data on the Hard Disk

**The Read Head senses the transitions, converts them to a voltage signal and sends that signal to the Read Channel Detector**



# Reading Data on the Hard Disk



The strongest electromagnetic field is found at the ends (north pole/south pole) of the bar magnet's

Negative Transition

Positive Transition

# Reading Data on the Hard Disk



⬅ **Read Channel Detector**
*Detects the data written to the disk*

# Reading Data on the Hard Disk

**The Read Channel Detector samples the signal at regular time intervals and uses those values to attempt to determine the sequence of data symbols written on the disk**



# Reading Data on the Hard Disk

The Read Channel Detector samples the signal at regular time intervals and uses those values to attempt to determine the sequence of data symbols written on the disk



Analog Readback Signal

exaggerated in FIG. 3. FIG. 3 also shows the written symbols $a_1, \ldots, a_{18}$, as well as the samples $r_1, \ldots, r_{18}$ of the read-back waveform, ==sampled at the rate of one sample per symbol interval.==

Source: '839 Patent
(3:66-4:2)

# Reading Data on the Hard Disk

**In the past, when data density was much lower,
it was easier to detect the data from the readback signal**



# Reading Data on the Hard Disk

**As data density increased, the noise became more of a problem and accurate reading became more difficult**



# Reading Data on the Hard Disk

**As data density increased, the noise became more of a problem and accurate reading became more difficult**



# Reading Data on the Hard Disk

**The Kavcic-Moura Invention is a detector with the ability to accurately detect digital data from today's high-density hard drives**



# Noise on a Magnetic Hard Disk

# A "Noise-Free" Signal, the Actual Readback Signal, and the Noise



# Correlated Noise



**LOW DATA DENSITY**

0    0    1    0

correlated

+1
0
-1

For example:
A **deviation** from the ideal readback signal for one bit reading is **correlated** to (varies together with) nearby **deviations**

—○— **Hypothetical "Noise-Free" Signal for this bit pattern**
—●— **Actual Readback Signal generated by the Read Head**
▒▒ **Noise**

# Correlated Noise



Source: '839 Patent (2:2-7)

# Signal Dependent Noise



**LOW DATA DENSITY**

0 0 1 0

+1

0

-1

The noise in the signal is also "signal-dependent" (attributable to the sequence of symbols written to the disk) and is due in part to the jagged transitions (media noise)

- —○— Hypothetical "Noise-Free" Signal for this bit pattern
- —●— Actual Readback Signal generated by the Read Head
- ▦ Noise

# Signal Dependent Noise



> The trellis/tree branch metric computation of ==the present invention is correlation-sensitive, being both signal-dependent and sensitive to correlations between noise samples.== This method is termed the correlation-sensitive

> data. These covariance matrices are different for each branch of the tree/trellis due to the ==signal dependent structure of the media noise==. Because the channel characteristics in mag-

> $M_i$ represents the branch metric of the trellis/tree in the Viterbi-like algorithm. ==The metric is a function of the observed samples== $r_i, r_{i+1}, \ldots, r_{i+L}$. It is also dependent on the postulated sequence of written symbols $a_i - K_1, \ldots, a_i + L + K_t,$ ==which ensures the signal-dependence of the detector==. As a consequence, the branch metrics for every branch in the tree/trellis is based on its corresponding signal/noise statistics.

Source: '839 Patent
(2:9-12,18-20; 5:48-55)

# Signal Dependent Noise



# Signal Dependent Noise



**LOW DATA DENSITY**

"These covariance matrices are different for each branch of the tree/trellis due to the <mark>signal dependent structure of the media noise</mark>. Because the channel characteristics in mag-"

— ○— **Hypothetical "Noise-Free" Signal for this bit pattern**
— ●— **Actual Readback Signal generated by the Read Head**

Source: '839 Patent
(2:18-20)

# The Impact of the Noise Increases in High-Density Environments



**LOW DATA DENSITY**

**Increasing the data density increases the impact of the correlated and signal-dependent noise so nearby transitions affect each other more**

—o— Hypothetical "Noise-Free" Signal for this bit pattern
—●— Actual Readback Signal generated by the Read Head

# The Impact of the Noise Increases in High-Density Environments



HIGH DATA DENSITY

**Increasing the data density increases the impact of the signal-dependent and correlated noise so nearby transitions affect each other more**

— ○ — Hypothetical "Noise-Free" Signal for this bit pattern
— ● — Actual Readback Signal generated by the Read Head