# Exhibit A

# Part 4

# The Impact of the Noise Increases in High-Density Environments



LOW DATA DENSITY

HIGH DATA DENSITY



Hypothetical "Noise-Free" Signal for this bit pattern

Actual Readback Signal generated by the Read Head

Noise

# The Impact of the Noise Increases in High-Density Environments



**LOW DATA DENSITY**

1　0　1　0

+1
0
-1

**HIGH DATA DENSITY**

1　0　1　0

+1
0
-1



━○━○━ Hypothetical "Noise-Free" Signal for this bit pattern

━●━●━ Actual Readback Signal generated by the Read Head

▓▓▓ Noise

# The Impact of the Noise Increases in High-Density Environments



**LOW DATA DENSITY**

0     1     1     0

+1

0

-1

**HIGH DATA DENSITY**

0     1     1     0

+1

0

-1



Hypothetical "Noise-Free" Signal for this bit pattern

Actual Readback Signal generated by the Read Head

Noise

# The Impact of the Noise Increases in High-Density Environments



**LOW DATA DENSITY**

1 1 1 0

**HIGH DATA DENSITY**

1 1 1 0

In high density magnetic recording, noise samples corresponding to adjacent signal samples are heavily correlated as a result of front-end equalizers, media noise, and signal nonlinearities combined with nonlinear filters to cancel them. This correlation deteriorates significantly the performance of detectors at high densities.

○—○ Hypothetical "Noise-Free" Signal for this bit pattern

●—● Actual Readback Signal generated by the Read Head

▨ Noise

Source: '839 Patent
(2:2-7)

# The Viterbi Algorithm and the "Trellis"



**Any signal reading above or below a certain negative or positive threshold value is converted to a digital "1"**

# The Viterbi Algorithm

0  1  0  0  0  0  1  0  1  0  0  1  0



**Conceived by Andrew Viterbi in 1967**
as a decoding algorithm for noisy
digital communication links
*(used in cell phone signals, satellite
and deep space communication,
speech recognition, Wi-Fi and more)*

Any signal reading above or below a certain
negative or positive threshold value is
converted to a digital "1"

**al·go·rithm: a rule (or set of rules) specifying how to solve some problem**



## KNOWN
**Sequence of samples (or "readings") of the readback signal from the read head.**

A Viterbi Detector uses the **KNOWN** Information to determine the **UNKNOWN** Information

READ HEAD

0 0 1 0 0 0 0 1 0 0 0 0 1 0 1 0

## UNKNOWN
**Actual bits of data written to the disk.**

# Data Symbols





on a magnetic medium. The symbols $a_i$, i=1, . . . , N, are drawn from an alphabet of four symbols, $a_i \in \{+, \oplus, -, \ominus\}$. The symbols '+' and '−' denote a positive and a negative transition, respectively. The symbol '⊕' denotes a written zero (no transition) whose nearest preceding non-zero symbol is a '+' while '⊖' denotes a written zero whose nearest preceding transition is a negative one, i.e., '−'. This notation

**FOUR possible "states"**

**+**

**⊕**

**⊖**

**−**



0   0   1   0   0   0   0   1   0   0   0   0   1   0   1   0

## UNKNOWN
**Actual bits of data written to the disk.**

Source: '839 Patent
(3:54-60)

MENU ☰

64 of 147

# Data Symbols



on a magnetic medium. The symbols $a_i$, $i=1, \ldots, N$, are drawn from an alphabet of four symbols, $a_i \in \{+, \oplus, -, \ominus\}$. The symbols '+' and '−' denote a positive and a negative transition, respectively. The symbol '⊕' denotes a written zero (no transition) whose nearest preceding non-zero symbol is a '+' while '⊖' denotes a written zero whose nearest preceding transition is a negative one, i.e., '−'. This notation



**FOUR possible "states"**

**+** **POSITIVE transition**

⊕ **Nearest preceding transition is POSITIVE**

⊖ **Nearest preceding transition is NEGATIVE**

**−** **NEGATIVE transition**



## UNKNOWN
**Actual bits of data written to the disk.**

Source: '839 Patent
(3:54-60)

# Data Symbols

### KNOWN
**Sequence of samples (or "readings") of the readback signal from the read head.**









**Four possible states for each symbol written on the disk (UNKNOWN information)**



**There are two possible connections (or "branches") coming from and going to each state**













Tunnels

A

B



Ideal World Assumes Tunnels are Straight

*FIG. 4*

Trellis



Ideal World Assumes Tunnels are Straight

A

B

Trellis

## Determining the Path with the Least Deviation







# The Trellis



**There are numerous possible paths through the trellis**



**There are numerous possible paths through the trellis**

# The Trellis



**Finding the most likely path through the trellis
will reveal the symbols written on the disk**

# "Branch Metric" and "Path Metric" in the Trellis



Branch Metric — Value of Branch between two nodes

Path Metric — Sum of separate Branch Metrics

# The Kavcic-Moura Patents Describe the Prior Art



$$M_i = N_i^2 = (r_i - m_i)^2$$

Source: '839 Patent
Equation 8 (6:13)

**Readings ($r_t$) are algorithmically compared to Target Values ($m_i$) to determine most likely sequence of bits or symbols on the disk**



$$BM_i = (r_t - m_i)^2$$

Branch Metric     Reading     Target Value

# Prior Art Branch Metric Calculation

**Readings (** ~~*r*~~ **...ues (** *m_i* **) to determine ...the disk**



$$BM_i = (r_t - m_i)^2$$

Branch Metric #

Specific Time Index of Sample

Branch Metric #



$r_{t1}$

$a_1$  $a_2$

$BM_1$

**Computing Branch Metric 1 ($BM_1$)**

$$BM_i = ( r_t - m_i )^2$$



$a_1$   $r_{t1}$   $a_2$

BM$_1$

**Computing Branch Metric 1 (BM$_1$)**

**?**

$$BM_1 = (r_{t1} - m_1)^2$$



**READ CHANNEL DETECTOR**

?

$$BM_1 = (\quad - m_1)^2$$

**Target Values (m_i)**



$$BM_1 = (\text{-0.20} - m_1)^2$$



**Composite Ideal Target Signal**





POSITIVE transition

Nearest preceding transition is POSITIVE

Nearest preceding transition is NEGATIVE

NEGATIVE transition



**Composite Ideal Target Signal**





**BM8**

**POSITIVE** transition

Nearest preceding transition is **POSITIVE**

Nearest preceding transition is **NEGATIVE**

**NEGATIVE** transition



Target Values





**Computing Branch Metric 1 (BM$_1$)**

$m_1 =$ +1

$$BM_1 = (\text{-0.20} - m_1)^2$$



**Computing Branch Metric 1 (BM₁)**

$$BM_1 = (\text{-}0.20 - 1)^2$$



Computing Branch Metric 1 (BM$_1$)

$$BM_1 = ( -1.20 )^2$$



**Computing Branch Metric 1 ($BM_1$)**

$$BM_1 = 1.44$$



$BM_1 = 1.44$

$BM_2 = ( r_1 - m_2 )^2$

$BM_3 = ( r_1 - m_3 )^2$

$BM_4 = ( r_1 - m_4 )^2$

$BM_5 = ( r_1 - m_5 )^2$

$BM_6 = ( r_1 - m_6 )^2$

$BM_7 = ( r_1 - m_7 )^2$

$BM_8 = ( r_1 - m_8 )^2$

$$BM_i = ( r_t - m_i )^2$$

# Computing Branch Metrics



$$BM_1 = 1.44$$
$$BM_2 = (\,r_1 - m_2)^2$$
$$BM_3 = (\,r_1 - m_3)^2$$
$$BM_4 = (\,r_1 - m_4)^2$$
$$BM_5 = (\,r_1 - m_5)^2$$
$$BM_6 = (\,r_1 - m_6)^2$$
$$BM_7 = (\,r_1 - m_7)^2$$
$$BM_8 = (\,r_1 - m_8)^2$$

$$BM_i = (\,r_t - m_i\,)^2$$

# Computing Branch Metrics



$BM_1 = 1.44$

$BM_2 = (\text{-0.20} - m_2)^2$

$BM_3 = (\text{-0.20} - m_3)^2$

$BM_4 = (\text{-0.20} - m_4)^2$

$BM_5 = (\text{-0.20} - m_5)^2$

$BM_6 = (\text{-0.20} - m_6)^2$

$BM_7 = (\text{-0.20} - m_7)^2$

$BM_8 = (\text{-0.20} - m_8)^2$

$$BM_i = (\ r_t - m_i\ )^2$$



$$BM_1 = 1.44$$
$$BM_2 = (\text{-0.20} - m_2)^2 \qquad m_2 = 0$$
$$BM_3 = (\text{-0.20} - m_3)^2 \qquad m_3 = 0$$
$$BM_4 = (\text{-0.20} - m_4)^2 \qquad m_4 = \text{-1}$$
$$BM_5 = (\text{-0.20} - m_5)^2 \qquad m_5 = 1$$
$$BM_6 = (\text{-0.20} - m_6)^2 \qquad m_6 = 0$$
$$BM_7 = (\text{-0.20} - m_7)^2 \qquad m_7 = 0$$
$$BM_8 = (\text{-0.20} - m_8)^2 \qquad m_8 = \text{-1}$$

$$BM_i = ( r_t - m_i )^2$$

# Computing Branch Metrics

$a_1$  -0.20  $a_2$

$BM_1 = 1.44$

$BM_2 = (\text{-}0.20 - 0)^2$

$BM_3 = (\text{-}0.20 - 0)^2$

$BM_4 = (\text{-}0.20 - \text{-}1)^2$

$BM_5 = (\text{-}0.20 - 1)^2$

$BM_6 = (\text{-}0.20 - 0)^2$

$BM_7 = (\text{-}0.20 - 0)^2$

$BM_8 = (\text{-}0.20 - \text{-}1)^2$

1.44

$$BM_i = (\, r_t - m_i\, )^2$$

# Computing Branch Metrics



$BM_1 = 1.44$

$BM_2 = 0.04$

$BM_3 = 0.04$

$BM_4 = 0.64$

$BM_5 = 1.44$

$BM_6 = 0.04$

$BM_7 = 0.04$

$BM_8 = 0.64$

$$BM_i = ( r_t - m_i )^2$$

$$BM_i = ( r_t - m_i )^2$$



$$BM_1 = (\ ?\ - m_1)^2$$

| $a_1$ | -0.20 | $a_2$ | +0.20 | $a_3$ | +0.90 | $a_4$ | +0.65 | $a_5$ |
|---|---|---|---|---|---|---|---|---|

**+** 1.44  **+** 0.64  **+** 0.01  **+** 0.12  **+**

0.04   0.04   0.81   0.42

⊕ 0.04   ⊕ 0.04   ⊕ 0.81   ⊕ 0.42   ⊕

0.64   1.44   3.61   2.72

1.44   0.64   0.01   0.01

⊖ 0.04   ⊖ 0.04   ⊖ 0.81   ⊖ 0.12   ⊖

0.04   0.04   0.81   0.42

**–** 0.64  **–** 1.44  **–** 3.61  **–** 2.72  **–**

$$BM_i = ( r_t - m_i )^2$$

# Path Metrics



**Path Metric** 1.31

The path with the lowest cumulative total is the most likely sequence

# Path Metrics



**Path Metric** 0.21

The path with the lowest cumulative total is the most likely sequence



**The path with the lowest cumulative total is the most likely sequence**

# Determining the Bit Sequence



# Determining the Bit Sequence

0 0 0 1 0 0 0 0 1 0 0 0 0 1 0 1 0 0 0





# Viterbi Detectors in a
# High Data Density Environment



Low-Density Waveform

**Low-Density Track**







High-Density Track



High-Density Waveform

High-Density Track

$$BM_1 = (\quad - m_1)^2$$

# Viterbi Detectors in a High Data Density Environment

**Low-Density Reading**

$r_{t1}$



-0.20

$BM_1 = \boxed{1.44}$

<span style="color:#8B0000">**High-Density Reading**</span>

$r_{t1}$

+0.17

$BM_1 = \boxed{0.69}$

## Low-Density Reading

## High-Density Reading





$$BM_i = ( r_t - m_i )^2$$



$$BM_i = ( r_t - m_i )^2$$



**Bit sequence as determined by Prior Art Viterbi detector:**

**Actual bit sequence:**



**Path Metric**

0.51

$$BM_i = (\ r_t - m_i\ )^2$$



Kavcic-Moura Detector

# The Kavcic-Moura Patents

## U.S. Patent 6,201,839





## U.S. Patent 6,438,180



> In high density magnetic recording, noise samples corresponding to adjacent signal samples are heavily correlated as a result of front-end equalizers, media noise, and signal nonlinearities combined with nonlinear filters to cancel them. ==This correlation deteriorates significantly the performance of detectors at high densities.==



Source: '839 Patent
(2:2-7)





**Computing Branch Metric 1 (BM$_1$)**

Prior Art

$$BM_1 = (r_{t1} - m_1)^2$$

# Kavcic-Moura Branch Metrics



$$M_i = \log \, det \frac{C_i}{det \, c_i} + N_i^T C_i^{-1} N_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \qquad (13)$$

FIG. 3A illustrates a block diagram of a branch metric computation circuit **48** that computes the metric $M_i$ for a branch of a trellis, as in Equation (13). Each branch of the

FIG. 3A is an illustration of a branch metric computation module;

FIG. 3B is an illustration of an implementation of a portion of the branch metric computation module of FIG. 3A;

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

# Kavcic-Moura Branch Metrics



$r_{t1}$  $a_2$

BM$_1$

**Computing Branch Metric 1 (BM$_1$)**

**Kavcic-Moura utilizes a novel equation to calculate a more accurate branch metric**

<mark>Correlation-sensitive branch metric.</mark> In the most general case, the correlation length is L>0. The leading and trailing ISI lengths are K$_l$ and K$_t$, respectively. <mark>The <u>noise</u> is now considered to be both correlated and signal-dependent.</mark> Joint

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)}\cdot(r_{t2}-m_{1(2)}) + w_{1(3)}\cdot(r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

Source:
'839 Patent (6:36-39)

# Kavcic-Moura Branch Metrics



$r_{t1}$     $a_2$

$BM_1$



**Computing Branch Metric 1 (BM$_1$)**

? ? ?

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)}\cdot(r_{t2}-m_{1(2)}) + w_{1(3)}\cdot(r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$



applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

Source:
'839 Patent Claim 1 (13:61-14-2)

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$



$$BM_1 = \log \sigma_1{}^2 + \frac{[(r_{t1}-m_1) + w_{1(2)}\cdot(r_{t2}-m_{1(2)}) + w_{1(3)}\cdot(r_{t3}-m_{1(3)})]^2}{\sigma_1{}^2}$$

