# Exhibit A

# Part 5

# Kavcic-Moura Branch Metrics



$$BM_1 = \log \sigma_1{}^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1{}^2}$$

# Tracking the Noise Statistics



**High-Density Waveform**

Because the noise statistics are non-stationary, the noise sensitive branch metrics are adaptively computed by estimating the noise covariance matrices from the read-back data. These covariance matrices are different for each branch of the tree/trellis due to the signal dependent structure of the media noise. Because the channel characteristics in mag-

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

? ? ? ?

Source:
'839 Patent (2:15-20)

# Calculating Accurate Branch Metrics





# The Kavcic-Moura Patents



circuit 32. A noise statistics tracker circuit **34** uses the delayed samples and detector decisions to update the noise statistics, i.e., to update the noise covariance matrices. A metric computation update circuit **36** uses the updated statistics to calculate the branch metrics needed in the Viterbi-like algorithm. The algorithm does not require

Source: '839 Patent
(3:36-41)

# The Kavcic-Moura Patents



The signal sample is delayed at step **42**. The past samples and detector decisions are used to update the noise statistics at step **44**. Branch metrics, which are used in the sequence detection step **38**, are calculated at step **46**.

Source: '839 Patent
(11:16-19)

# Branch Metric Computation Module



FIG. 3B

The adaptation of the vector of weights $\underline{w}_i$ and the quantity $\sigma_i^2$ as new decisions are made is essentially an implementation of the recursive least squares algorithm. Alternatively, the adaptation may be made using the least mean squares algorithm.

The quantities $m_i$ that are subtracted from the output of the delay circuits 54 are the target response values, or mean signal values of (12). The arrows across multipliers 56 and across square devices 58 indicate the adaptive nature, i.e., the data dependent nature, of the circuit 52. The weights $\underline{w}_i$ and the value $\sigma_i^2$ can be adapted using three methods. First, $\underline{w}_i$ and $\sigma_i^2$ can be obtained directly from Equations (20) and (16), respectively, once an estimate of the signal-dependent covariance matrix $C_i$ is available. Second, $\underline{w}_i$ and $\sigma_i^2$ can be calculated by performing a Cholesky factorization on the inverse of the covariance matrix $C_i$. For example, in the $L_i D_i^{-1} L_i^T$ Cholesky factorization, $\underline{w}_i$ is the first column of the Cholesky factor $L_i$ and $\sigma_i^2$ is the first element of the diagonal matrix $D_i$. Third, $\underline{w}_i$ and $\sigma_i^2$ can be computed directly from the data using a recursive least squares-type algorithm. In the first two methods, an estimate of the

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)}\cdot(r_{t2}-m_{1(2)}) + w_{1(3)}\cdot(r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

Source:
'839 Patent (8:1-21)

# Calculating Accurate Branch Metrics





**Prior Art**

$$BM_1 = (r_{t1} - m_1)^2$$

**Kavcic-Moura Patents**



$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

# Kavcic-Moura Branch Metrics



$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

# Path Metric



**The path with the lowest cumulative total is the most likely bit sequence**

# Most Likely Bit Sequence Found





The path with the lowest cumulative
total is the most likely bit sequence



0 0 0 1 0 0 0 0 1 0 0 0 0 1 0 1 0 0 0



# Calculating Accurate Branch Metrics





**Prior Art**

$$BM_1 = (r_{t1} - m_1)^2$$





**Kavcic-Moura Patents**

$$BM_1 = \log \sigma_1^2 + \frac{[(r_{t1}-m_1) + w_{1(2)} \cdot (r_{t2}-m_{1(2)}) + w_{1(3)} \cdot (r_{t3}-m_{1(3)})]^2}{\sigma_1^2}$$

# The Kavcic-Moura Patents



insensitive detectors. It has also been demonstrated that **the performance margin between the correlation sensitive and the correlation insensitive detectors grows with the recording density.** In other words, the performance of the corre-

Source: '839 Patent
(13:40-43)

# Thank You



**Carnegie Mellon**

