# Exhibit B

# CMU Technology Tutorial CD to be hand delivered to the Clerk of Courts