# Exhibit D

# Part 4

# Correlation

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| correlation | the degree to which two more items (here, noise in signal samples) show a tendency to vary together. | the expected (mean) value of the product of two random variables (e.g., $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time I and time j, respectively). |
| '839 Patent Claims 11, 16, 19, 23<br>'180 Patent Claim 6 | CMU Brf. at 19-20 | Marvell Brf. at 17-21 |

- The Dispute:
  - Should "correlation" be accorded its ordinary meaning in engineering and statistics (Marvell) or its lay meaning (CMU)?

5

# The "Correlation" Terms

- Marvell's constructions are expressed as a *single mathematical formula for <u>measuring</u> the extent to which two things are correlated*, it is <u>not</u> a definition of "correlation"

  - Marvell cites to the *Pocket Dictionary of Statistics* for the technical terms: "covariance," "mean," "variance," "matrix," and "covariance matrix"
    Marvell's Opening Claim Construction Brief at pgs. 5, 7, 9, 20, 22, and 26.

  

  - Marvell ignores the definition of "correlation" found in this same reference

15

# The "Correlation" Terms

- Marvell's constructions are expressed as a *single mathematical formula for <u>measuring</u> the extent to which two things are correlated*, it is <u>not</u> a definition of "correlation"

    - The *Pocket Dictionary of Statistics* defines "correlation" as:



> correlation– A general term denoting **association** or relationship between two or more **variables**. More generally, it is the extent or degree to which two or more quantities are associated or related. It is measured by an index called **correlation coefficient**. See also *intraclass correlation, Kendall's rank correlation, Spearman's rank correlation.*

McElhinny Declaration, 1/27/10, Ex. 10.

16

# Claim Language

- Correlation-sensitive branch metrics calculated from noise covariance matrices

> 11. A method for detecting a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of symbols stored on a high density magnetic recording device, comprising the steps of:
>
> (a) performing a Virterbi-like sequence detection on a plurality of signal samples using a plurality of **correlation** sensitive branch metrics;
>
> (b) outputting a delayed decision on the recorded symbol;
>
> (c) outputting a delayed signal sample;
>
> (d) adaptively updating a plurality of noise covariance matrices in response to said delayed signal samples and said delayed decisions;
>
> (e) recalculating said plurality of **correlation**-sensitive **branch metrics** from said noise covariance matrices using subsequent signal samples; and
>
> (f) repeating steps (a)–(e) for every new signal sample.

See '839 Patent Claims 11, 16, 19, 23; '180 Patent Claim 6

6

$$M_i = \log det \frac{C_i}{det \ c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \tag{13}$$

# Specification: Uses Mathematical Terminology

> Euclidian branch metric. In the simplest case, the noise samples are realizations of independent identically distributed Gaussian **random variables** with **zero mean** and **variance** $\sigma^2$. This is a white Gaussian noise assumption. This implies that the **correlation distance** is L=0 and that the noise pdf's have the same form for all noise samples. The total ISI

'839 Patent 5:58-64

- random variables
- mean
- variance
- correlation distance
- covariance matrix
- expected values
- correlation-sensitive metric

> The (L+1)×(L+1) matrix $C_i$ is the **covariance matrix** of the data samples $r_i, r_{i+1}, \ldots, r_{i+L}$, when a sequence of symbols $a_{i-Kl}, \ldots a_{i+L+Kt}$ is written. The matrix $c_i$ in the denominator of (11) is the L×L lower principal submatrix of $C_i=[c_i]$. The (L+1)-dimensional vector $\underline{N}_i$ is the vector of differences between the observed samples and their **expected values** when the sequence of symbols $a_{i-Kl}, \ldots, a_{i+L+Kt}$ is written, i.e.:
>
> $$\underline{N}_i = [(r_i - m_i)(r_{i+1} - m_{i+1}) \ldots (r_{i+L} - m_{i+L})]^T \quad (12)$$
>
> The vector $\underline{n}_i$ collects the last L elements of $\underline{N}_i$, $\underline{n}_i = [(r_{i+1} - m_{i+1}) \ldots (r_{i+L} - m_{i+L})]^T$.
> With this notation, the general **correlation-sensitive metric** is:
>
> $$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \quad (13)$$

'839 Patent 6:56-7:4

7

1. A method of determining branch metric values for branches of a trellis for Viterbi-like detector, comprising:

selecting a branch metric function for each of the branches at a certain time index from a set of signal-dependent branch metric functions; and

applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

2. The method of claim 1 further comprising the step of receiving said signal samples, said signal samples having signal-dependent noise, correlated noise, or both signal-dependent and correlated noise associated therewith.

3. The method of claim 1 wherein said branch metric functions for each of the branches are selected from a set of signal-dependent branch metric functions.

4. A method of determining branch metric values for branches of a trellis for a Viterbi-like detector, comprising:

selecting a branch metric function for each of the branches at a certain time index from a set of signal-dependent branch metric functions; and

applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

10. A method of generating a branch weight for branches of a trellis for a Viterbi-like detector, wherein the detector is part of a read channel system having a trellis, comprising:

receiving a plurality of signal samples, wherein each sample corresponds to a different sampling time instant;

calculating a first value representing a logarithm of a quotient of a determinant of a trellis branch dependent covariance matrix of said signal samples and a determinant of a trellis branch dependent covariance matrix of a subset of said signal samples;

calculating a second value representing a quadratic of said signal samples less a plurality of target values normalized by a trellis branch dependent covariance of said signal samples;

calculating a third value representing a quadratic of a subset of said signal samples less a plurality of channel target values normalized by a trellis branch dependent covariance of said subset of signal samples;

calculating the branch weight from said first, second, and third values; and

outputting said branch weight.

# Specification: Branch Metric Computation


- Correlation is used in the computation of the branch metric (13)

- $E[\hat{C}(\hat{a})] = E[\underline{N}_i \underline{N}_i^T]$ calculates the expected value of the product of signal samples



'839 Patent 9:21-37

# Prosecution History: Confirms Marvell's Construction

- Patent Office rejected CMU's claims over Huszar

  > The Examiner rejected claims 11-22 as being anticipated by U.S. Patent No. 5,862,192 to Huszar et al. The Examiner stated that Huszar et al. "discloses a method for detecting a sequence that exploits the correlation between adjacent signal samples for

  6/12/00 Amdt. at 8, '839 Patent File History (Marvell Exh. 22)

- CMU argued that correlation requires multiplying signal samples

  > Huszar et al. discloses branch metrics that are not correlation sensitive. Instead, the branch metrics of Huszar et al. are path metrics that have the form of (See Huszar et al., col. 8, equation 17):
  >
  > $$J = \sum_{\text{from } i=-\infty \text{ to } \infty} M_i$$
  >
  > where $M_i$ is a branch metric of the form:
  >
  > $$M_i = [r_i(0) - y_i(0)]^2 + [r_i(1) - y_i(1)]^2$$
  >
  > Such a branch metric is not correlation sensitive, as claimed in independent claims 11, 16, and 19, which is evidenced by the fact that there is no term in the branch metric that corresponds to the correlation between $r_i(0)$ and $r_i(1)$, i.e. there is no term that involves multiplying $r_i(0)$ with $r_i(1)$. Thus, Huszar et al. does not disclose branch metrics that are correlation sensitive. Furthermore, Applicants submit that Huszar et al. does not disclose the use of noise covariance matrices. Because Huszar et al. does not disclose branch

  *Id.* at 8-9

10

# The "Correlation" Terms

- Marvell's file history argument undercuts its proposed construction

  - Marvell ignores the fact that the referenced multiplication of signal samples does not result in measuring the extent of a correlation

  - Marvell also ignores the fact that the file history discussion says nothing about using an "***expected value,***" the term at the heart of Marvell's proposed construction

> **MARVELL'S PROPOSED CONSTRUCTION**
>
> "Correlation" means "the expected (mean) value of the product of two random variables (e.g., $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time i and time j, respectively)."

'839 Patent, at 1:38-67; 4:4-18; 4:43-47; 5:59-67; 6:5-20; 6:36-43; 6:53-65; 9:24-40; 13:3-7; 13:38-50. '839 File History, March 10, 2000 Office Action and Response thereto.

23

# Extrinsic Evidence: Technical Treatises

- Marvell's construction is identical to statistical meaning:
  - $E[XY]$ = the expected (mean) value of the product of two random variables X and Y

> The second-order moment $m_{11} = E[XY]$ is called the *correlation* of $X$ and $Y$. It is so important to later work that we give it the symbol $R_{XY}$.

Peebles, *Probability, Random Variables, and Random Signal Principles*, at 102 (1980) (Marvell Exh. 23)

> $X$. In electrical engineering, it is customary to call the $j = 1$ $k = 1$ moment, $E[XY]$, the **correlation of X and Y**. If $E[XY] = 0$, then we say that **X and Y are orthogonal**.

Leon-Garcia, *Probability and Random Processes for Electrical Engineering*, at 233 (1994) (Marvell Exh. 18)

  - *See also* Proakis Decl. at ¶¶ 30-31.

"Correlation" means "the expected (mean) value of the product of two random variables (e.g., $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time i and time j, respectively)."

# Correlation

> <mark>Correlation-sensitive branch metric. In the most general case, the correlation length is L>0.</mark> The leading and trailing ISI lengths are $K_l$ and $K_t$, respectively. The noise is now considered to be both correlated and signal-dependent. Joint Gaussian noise pdfs are assumed. This assumption is well justified in magnetic recording because the experimental evidence shows that the dominant media noise modes have Gaussian-like histograms. The conditional pdfs do not factor out in this general case, so the general form for the pdf is:

**MARVELL's PROPOSED CONSTRUCTION**

"Correlation" means "the expected (mean) value of the product of two random variables (e.g., $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time i and time j, respectively)."

# CMU's Reliance on General Dictionaries Fails

- CMU cites the Oxford English Dictionary

  CMU Brf., at 21 n. 14

  > **correlation** (kɒrɪˈleɪʃən). [f. COR- + RELATION: cf. F. *corrélation*, and see CORRELATIVE.]
  >
  > ...
  >
  > c. In *Statistics*, an interdependence of two or more variable quantities such that a change in the value of one is associated with a change in the value or the expectation of the others; also, the value of this as represented by a correlation coefficient. So *correlation coefficient* or *coefficient of correlation*: a number between −1 and 1 calculated so as to represent the linear interdependence of two variables or two sets of data; spec. the product-moment coefficient (see PRODUCT sb.¹).

  *Compact Oxford English Dictionary* (2d ed. 1987) (CMU Exh. 6)

- CMU truncated the definition that cited a "value"

13

# The "Correlation" Terms

- Marvell's constructions are expressed as a *single mathematical formula for <u>measuring</u> the extent to which two things are correlated*, it is *not* a definition of "correlation"

    - The *Pocket Dictionary of Statistics* defines "correlation" as:



> correlation– A general term denoting **association** or relationship between two or more **variables**. More generally, it is the extent or degree to which two or more quantities are associated or related. It is measured by an index called **correlation coefficient**. See also *intraclass correlation, Kendall's rank correlation, Spearman's rank correlation*.

McElhinny Declaration, 1/27/10, Ex. 10.

16