# Exhibit D

# Part 6

circuit **32**. A noise statistics tracker circuit **34** uses the delayed samples and detector decisions to update the noise statistics, i.e., to update the noise covariance matrices. A metric computation update circuit **36** uses the updated statistics to calculate the branch metrics needed in the Viterbi-like algorithm. The algorithm does not require

# CMU's "i.e." Argument Fails

- Patents use "noise covariance matrices" separately from "noise statistics"

> Because the **noise statistics** are non-stationary, the noise sensitive branch metrics are adaptively computed by **estimating the noise covariance matrices from the read-back data**. These covariance matrices are different for each branch of the tree/trellis due to the signal dependent structure of the media noise. Because the channel characteristics in mag-

'839 Patent 2:15-23

> Computing the branch metrics in (10) or (13) requires knowledge of the signal statistics. **These statistics are the mean signal values $m_i$ in (12) as well as the covariance matrices $C_i$ in (13).** In magnetic recording systems, these

'839 Patent 8:24-27

48

diagonal matrix $D_i$. Third, $\underline{w}_i$ and $\sigma_i^2$ can be computed directly from the data using a recursive least squares-type algorithm. In the first two methods, an estimate of the covariance matrix is obtained by a recursive least squares algorithm.

This ratio of determinants is referred to as $\sigma_i^2$, i.e.:

$$\sigma_i^2 = \frac{\det C_i}{\det c_i} = \alpha_i - \underline{c}_i^T c_i^{-1} \underline{c}_i. \tag{16}$$

Where the vector $\underline{w}_i$ is (L+1)-dimensional and is given by:

$$\underline{w}_i^T = [\,1 \quad w_i(2) \quad w_i(3) \quad \ldots \quad (w_i(L+1))\,]^T \tag{19}$$

$$= \begin{bmatrix} 1 \\ -c_i^{-1} \underline{c}_i \end{bmatrix}. \tag{20}$$

# CMU's "i.e." Argument Fails

- "noise statistics": used by all branch metrics
- "covariance matrices": used by only "correlation-sensitive branch metric"

> Specific expressions for the branch metrics that result under different assumptions on the noise statistics are next considered.

'839 Patent 5:56-58

Variance dependent branch metric.

$$M_i = \log \sigma_i^2 + \frac{N_i^2}{\sigma_i^2} = \log \sigma_i^2 + \frac{(r_i - m_i)^2}{\sigma_i^2} \quad (10)$$

'839 Patent 6:15-34

With this notation, the general correlation-sensitive metric is:

$$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \quad (13)$$

'839 Patent 6:66-7:4

49

(RLS) algorithm. The RLS computes the next covariance matrix estimate $\hat{C}'(\hat{a})$ as:

$$\hat{C}'(\hat{a}) = \beta(t)\hat{C}(\hat{a}) + [1-\beta(t)]\underline{N}_i\underline{N}_i^T \quad (22)$$

The one-dimensional equivalent of equation (22) is

$$\hat{\sigma}_{new}^2 = \beta\hat{\sigma}_{old}^2 + [1-\beta]N_i^2. \quad (23)$$

This equation can be used in conjunction with the metric in (10).

# CMU's "All Embodiments" Argument Fails

- The third method (no covariance matrix) corresponds to claims that calculate a "weight $w_i$" (Group III Claims)
  - These claims do not use "noise covariance matrices"



FIG. 3B

20. A branch metric computation circuit for generating a branch weight for branches of a trellis for a Viterbi-like detector, wherein the detector is used in a system having Gaussian noise, comprising:

a logarithmic circuit having for each branch an input responsive to a branch address and an output;

a plurality of arithmetic circuits each having a first input responsive to a plurality of signal samples, a second input responsive to a plurality of target response values, and an output, wherein each of the arithmetic circuits corresponds to each of the branches;

a sum circuit having for each branch a first input responsive to said output of said logarithmic circuit, a second input responsive to said output of said arithmetic circuit, and an output.

'839 Patent Claims 20-21

# Correlated Noise

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| correlated noise<br><br>'839 Patent Claims 2 and 5<br>'180 Patent Claim 1 | noise with 'correlation' among 'signal samples,' such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities.<br>CMU Brf. at 19 | noise having nonzero 'covariance' (see construction of 'covariance' above).<br><br>Marvell Brf. at 32-33 |

- The Dispute
  - Should "correlated noise" be accorded its ordinary meaning in engineering and statistics (Marvell) or its lay meaning with a list of examples (CMU)?

54

"Correlated noise" means "noise having nonzero 'covariance' (see construction of 'covariance' below)."

This correlation value is hard to place in context, so there is a related statistic, called covariance, which measures both the degree and the direction of the relationship between two sets of data. *See* Proakis Decl. at ¶ 22; P. Olofsson, Probability, Statistics and Stochastic Processes, at 200-201 (2005) (Exh. 19). The covariance is zero if two sets of data are not related, positive if larger data values in one set correspond to larger values in the other set, and

# Specification

- Patents describe correlated noise using mathematical terms

> Correlation-sensitive branch metric. In the most general case, the correlation length is L>0. The leading and trailing ISI lengths are $K_l$ and $K_t$, respectively. The noise is now considered to be both correlated and signal-dependent. Joint Gaussian noise pdfs are assumed. This assumption is well justified in magnetic recording because the experimental evidence shows that the dominant media noise modes have Gaussian-like histograms. The conditional pdfs do not factor out in this general case, so the general form for the pdf is:

$$\frac{f(r_{i+1}, \ldots, r_{i+L} \mid a_{i-K_l}, \ldots, a_{i+L+K_t})}{f(r_i, r_{i+1}, \ldots, r_{i+L} \mid a_{i-K_l}, \ldots, a_{i+L+K_t})} = \quad (11)$$

$$\sqrt{\frac{(2\pi)^{L+1} \det C_i}{(2\pi)^L \det c_i}} \frac{\exp[\underline{N}_i^T C_i^{-1} \underline{N}_i]}{\exp[\underline{n}_i^T c_i^{-1} \underline{n}_i]}$$

'839 Patent 6:36-52

"Correlated noise" means "noise having nonzero 'covariance' (see construction of 'covariance' below)."

# Signal-Dependent Noise

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| signal-dependent noise<br><br>'839 Patent Claims 2 and 5<br>'180 Patent Claim 1 | media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols).<br><br>CMU Brf. at 32 | noise that is dependent on the signal.<br><br>Marvell Brf. at 34-35 |

- Dispute:
  - Does "signal-dependent noise" have its ordinary meaning (Marvell) or should it be limited to a particular type of noise (media noise) found in magnetic recording (CMU)?

60