# Hard Drive Basics

- Inside a Hard Disk Drive



Data
Magnetic Disks
Arm Assembly
Housing
Read-Write Head
Electronic Circuit Board

Toigo, *Avoiding a Data Crunch*, Scientific American (May 2000) [Marvell Tutorial Exh. 3]

3

# Hard Drive Electronics

- Processors
- Controllers
- Memory
- Interfaces
- Read/Write Channel



Maxtor One Touch 4 circuit board (http://forums.seagate.com)

Seagate Cheetah 15K.5 (http://www.seagate.com)

4

# Hard Drive Electronics



Gurumurthi, ABC's of Disk Drives (University of Virginia) http://www.cs.virginia.edu/~gurumurthi/courses/HDD_Basics.ppt

5

# Magnetic Recording System: Writing Data



Patent Fig. 1

- "**Write head**" means "a magnetic device that writes (or stores) signals to a magnetic medium as a series of variations in the magnetic flux of the medium."
- "**Write control circuit**" means "a circuit that controls the position of the write head with respect to a magnetic medium."
- "**Write signal processing circuit**" means "a circuit that converts data into signals with a format suitable for storage on a magnetic medium."

Joint Agreed Claim Terms (Dkt. 74)

6

# Magnetic Recording System: Reading Data



Patent Fig. 1

- "**Read head**" means "a magnetic device that reads (or retrieves) signals from a magnetic medium, that are stored on the medium as a series of variations in magnetic flux."
- "**Read control circuit**" means "a circuit that controls the position of a read head with respect to a magnetic medium."

Joint Agreed Claim Terms (Dkt. 74)

7

# Magnetic Medium (Hard Disk)



Magnetic Disk

Data stored in tracks

Magnetic transitions define the data:
- "1": magnetic transition
- "0": no magnetic transition

Hitachi Global Storage Technologies (2004)

8

# Read/Write Head



Fischetti, *Going Vertical*, Scientific American (2006) [ Marvell Tutorial Exh. 4]

# Hard Disk Read Channel



Ashar, *Magnetic Disk Drive Technology* at 45 (1997) [Marvell Tutorial Exh. 5]

10

# Read Signal



- Positive or negative peaks at magnetic transitions
- Data is 1 at peaks and 0 when there is no peak

11

# Signal and Noise



- Read signal can be distorted by noise

"Noise" is "an unwanted disturbance in a signal."

Joint Agreed Claim Terms (Dkt. 74)

12

# Signal and Noise



- Read signal includes noise

13

# Signal and Noise



- Noise can have different characteristics

14

# Signal and Noise



- Different types of noise may be present simultaneously

15

# White Noise



- Random noise is "white noise"

16

# Data-Dependent Noise



**Ideal Signal Plus Noise**

**Data-Dependent Noise**

- Noise can be related to the signal

17

# Sources of Noise

- ## Media Noise
  - media nonlinearities
  - signal nonlinearities
  - inter-symbol interference
  - off-track interference
- ## Electronics Noise:
  - front-end equalizers
  - thermal noise
  - amplifier noise
- ## Head Noise:
  - head nonlinearities
  - head impedance



'839 Patent at 1:58-63;
Ashar, *Magnetic Disk Drive Technology* at 231 (1997)
[ Marvell Tutorial Exh. 5]

18