

# Two Types of Detectors

- Peak Detectors
    - Identifies peaks in signal
    - Simple and fast detector
- Sequence Detectors
    - Analyzes a sequence of consecutive data
    - Flexibility for addressing noise
    - Can require complex math & statistics

'839 Patent col. 3:21-28

20

# Signal Samples



Example from Patent Figure 3

Kavcic and Moura, *Correlation-Sensitive Adaptive Sequence Detection*, IEEE Transactions on Magnetics, Vol. 34, No. 3 (May 1998).

- Detectors find data bits from signal samples

"Signal sample" means "a value of a signal at a certain point in time."

Joint Agreed Claim Terms (Dkt. 74)

21

# Peak Detector



- Samples past "Threshold" are 1's
- Samples under "Threshold" are 0's

22

# Peak Detector: Problems



- Peaks may be missed
- Occurs if peak does not reach "Threshold"

23

# Peak Detector: Problems



positive "Threshold"

negative "Threshold"

- False peaks may be detected
- Occurs if peaks are too wide

24

# Peak Detector: Problems



- False peak inconsistent with magnetic recording
  - Magnetic transitions reverse direction
  - Peaks should alternate from positive to negative
- A sequence detector can address these problems

25

# What is Sequence Detection?



- Finds the <u>best sequence</u> to match the samples
  - Only considers possible sequences
  - Uses rules based on magnetic recording

"Sequence detection" means "detection of a sequence of symbols."

Joint Agreed Claim Terms (Dkt. 74)

26

# Sequence Detection: Sequence of Symbols

- Detector translates signal samples to symbols



Patent Figure 3

| Key | |
|---|---|
| | • $+$ : a positive peak |
| | • $\oplus$ : a zero after a positive peak |
| | • $-$ : a negative peak |
| | • $\ominus$ : a zero after a negative peak |

27

# Rules Govern the Sequence of Symbols



Patent Figure 3

Rules
- + and – must alternate
  - – follows + or ⊕
  - + follows – or ⊖
- ⊕'s follow a +
- ⊖'s follow a –

28

# Trellis Diagram (Patent Figure 4)

- Rules can be shown in a Trellis



"Trellis" means "a graphical representation of the progression of states of a communications channel in time, wherein states are depicted as nodes and potential transitions between states are depicted as lines or arrows."

"Branch" means "a potential transition between two states (nodes) immediately adjacent in time in a 'trellis.'"

Joint Agreed Claim Terms (Dkt. 74)

State (node)

Transition ("Branch")

29

# Trellis Diagram Rules

- Branches:



- $+$ must follow $\ominus$ or $-$

- $\oplus$ must follow $\oplus$ or $+$

- $\ominus$ must follow $\ominus$ or $-$

- $-$ must follow $\oplus$ or $+$

$a_i$    $a_{i+1}$

30