# Maximum Likelihood Sequence Detection

- Step-by-step process to find a sequence of symbols that matches the signal samples



  - The trellis is a guide to possible paths
  - The goal is the maximum likelihood sequence

**+**
must follow $\ominus$ or $-$

**$\oplus$**
must follow $\oplus$ or $+$

**$\ominus$**
must follow $\ominus$ or $-$

**$-$**
must follow $\oplus$ or $+$

# Maximum Likelihood Sequence Detection

- Step-by-step process to find a sequence of symbols that matches the signal samples

  - Each path corresponds to an ideal signal
  - Start with the first two samples



# Maximum Likelihood Sequence Detection

- Eliminate half the paths by comparing pairs



- Compare paths leading to the same symbol
- Retain the more likely path in each pair

33

# Maximum Likelihood Sequence Detection

- Compare two paths ending in +



- Which signal is a better match for the samples?
- Retain the more likely path

34

# Maximum Likelihood Sequence Detection

- Compare two paths ending in $\oplus$

  - Which signal is a better match for the samples?
  - Retain the more likely path



# Maximum Likelihood Sequence Detection

- Compare two paths ending in ⊖

  - Which signal is a better match for the samples?
  - Retain the more likely path



# Maximum Likelihood Sequence Detection

- Compare two paths ending in –



- Which signal is a better match for the samples?
- Retain the more likely path

# Maximum Likelihood Sequence Detection

- Retain only four possible paths

  - + and – have been eliminated for the first symbol
  - First symbol must be ⊕ or ⊖



# Maximum Likelihood Sequence Detection

- Extend surviving paths to next sample



  - Eight new branches define new paths
  - Repeat comparisons for each node

Extension

# Maximum Likelihood Sequence Detection

- Compare two paths ending in +



  - Which signal is a better match for the samples?
  - Retain the more likely path

# Maximum Likelihood Sequence Detection

- **Compare two paths ending in ⊕**



- Which signal is a better match for the samples?
- Retain the more likely path

# Maximum Likelihood Sequence Detection

- Compare two paths ending in ⊖



- Which signal is a better match for the samples?
- Retain the more likely path

# Maximum Likelihood Sequence Detection

- Compare two paths ending in –



  - Which signal is a better match for the samples?
  - Retain the more likely path

# Maximum Likelihood Sequence Detection

- ## Retain only four possible paths



- + and − have been eliminated for both first and second symbol
- First two symbols must be $\oplus\oplus$ or $\ominus\ominus$

44

# Maximum Likelihood Sequence Detection

- Extend surviving paths to next sample



- Eight new branches define new paths
- Repeat comparisons for each node

Extension

45

# Maximum Likelihood Sequence Detection

- Eliminate half the paths by comparing pairs



- Compare paths leading to the same symbol
- The red path is the most likely in each pair

46

# Maximum Likelihood Sequence Detection

- Retain only four possible paths



- First two symbols must be ⊖ ⊖
- Third symbol must be + or ⊖

47

# Maximum Likelihood Sequence Detection

- Four surviving paths may be compared



- If this is the end of the data, the most likely path of the four is the final sequence

- $\ominus\ominus+\oplus$ is the most likely sequence of symbols: digital output is 0 0 1 0

48

# Maximum Likelihood Sequence Detection

- Sequence detection can proceed for all samples



# Sequence Detection – Branch Metrics

- Electronics use math to compare paths



- A numerical value called a <u>branch metric</u> measures how well a branch matches each sample

"Branch metric value," "branch metric," and "metric value" mean "the numerical value of a 'branch.'"

Joint Agreed Terms (Dkt. 74)

50

# Accumulated Branch Metrics

- ## Simple Branch Metric: measure differences



$$M_i = | \, r_i - m_i \, |$$

$r_3$ =  0.9

$r_2$ =  0.2

$r_1$ = -0.2

$m_3 = 1$

$r_3 = 0.9$

$m_3 = 1$

$r_3 = 0.9$

? ? ?

$a_1$  $a_2$  $a_3$

0.2+0.2+0.1 =0.5

0.2+1.2+0.1 =1.5

- Add (accumulate) the branch metric values to compare
- The smaller total is the best accumulated metric

A "branch metric function" is "a mathematical function for determining a 'branch metric value' for a 'branch.'"

Joint Agreed Terms (Dkt. 74)

51

# Accumulated Branch Metrics

- ## More complex branch metrics can be used



$r_3 = 0.9$

$r_2 = 0.2$

$r_1 = -0.2$

$M_i = | r_i - m_i |$

$M_i = (r_i - m_i)^2$

$(0.2)^2 + (0.2)^2 + (0.1)^2 = 0.09$

$(0.2)^2 + (1.2)^2 + (0.1)^2 = 1.49$

- Formulas for branch metrics can account for different types of noise

# Sequence Detection – Branch Metrics

- Three Branch Metrics described in patents:
  - "Euclidean"

$$M_i = N_i^2 = (r_i - m_i)^2 \qquad (8)$$

  - "Variance Dependent"

$$M_i = \log \sigma_i^2 + \frac{N_i^2}{\sigma_i^2} = \log \sigma_i^2 + \frac{(r_i - m_i)^2}{\sigma_i^2} \qquad (10)$$

  - "Correlation-Sensitive"

$$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \qquad (13)$$

'839 Patent cols. 5-7