# Patent Specification



- Figures
- Branch Metrics
- Asserted Claims

# Patent Figure 1: Magnetic Recording System



# Patent Figure 2: Detector Circuit



FIG. 2

# Patent Figure 3: Signal Samples and Symbols



FIG. 3

# Patent Figures 4 and 5: Trellis Diagrams





# Branch Metrics

- **"Euclidean"**

Euclidian branch metric. In the simplest case, the noise samples are realizations of independent identically distributed Gaussian random variables with zero mean and variance $\sigma^2$. This is a white Gaussian noise assumption. This

$$M_i = N_i^2 = (r_i - m_i)^2 \tag{8}$$

- **"Variance Dependent"**

Variance dependent branch metric. It is again assumed that the noise samples are samples of independent Gaussian variables, but that their variance depends on the written sequence of symbols. The noise correlation length is still L=0, but the variance of the noise samples is no longer constant for all samples. The variance is $\sigma^{2i}$, where the index i denotes the dependence on the written symbol sequence.

$$M_i = \log \sigma_i^2 + \frac{N_i^2}{\sigma_i^2} = \log \sigma_i^2 + \frac{(r_i - m_i)^2}{\sigma_i^2} \tag{10}$$

- **"Correlation-Sensitive"**

Correlation-sensitive branch metric. In the most general case, the correlation length is L>0. The leading and trailing ISI lengths are $K_l$ and $K_r$, respectively. The noise is now considered to be both correlated and signal-dependent. Joint

$$M_i = \log det \frac{C_i}{det \ c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \tag{13}$$

'839 Patent cols. 5-7

85

# Correlation-Sensitive Branch Metric

- "Correlation-Sensitive"

$$M_i = \log det \frac{C_i}{det\; c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \qquad (13)$$



$C_i$

$c_i$

$N_i$

$n_i$

The $(L+1)\times(L+1)$ matrix $C_i$ is the covariance matrix of the data samples $r_i, r_{i+1}, \ldots, r_{i+L}$, when a sequence of symbols $a_{i-Ki}, \ldots a_{i+L+Ki}$ is written. The matrix $c_i$ in the denominator of (11) is the L×L lower principal submatrix of $C_i=[c_i]$. The $(L+1)$-dimensional vector $\underline{N}_i$ is the vector of differences between the observed samples and their expected values when the sequence of symbols $a_{i-Ki}, \ldots, a_{i+L+Ki}$ is written, i.e.:

$$\underline{N}_i = [(r_i - m_i)(r_{i+1} - m_{i+1}) \ldots (r_{i+L} - m_{i+L})]^T \qquad (12)$$

The vector $\underline{n}_i$ collects the last L elements of $\underline{N}_i$, $\underline{n}_i = [(r_{i+1} - m_{i+1}) \ldots (r_{i+L} - m_{i+L})]^T$.

'839 Patent at 6:53-65

86

# Patent Figure 3A: Metric Computation Circuit

- "Correlation-Sensitive"

$$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \qquad (13)$$

FIG. 3A illustrates a block diagram of a branch metric computation circuit **48** that computes the metric $M_i$ for a branch of a trellis, as in Equation (13). Each branch of the trellis requires a circuit **48** to compute the metric $M_i$.

A logarithmic circuit **50** computes the first term of the right hand side of (13)

$$\left( \text{i.e. } \log \frac{\det C_i}{\det c_i} \right)$$

and a quadratic circuit **52** computes the second terms of the right hand side of (13) (i.e. $\underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i$). The arrows through the circuits **50** and **52** represent the adaptive nature of the Viterbi-like detector **30**. A sum circuit **53** computes the sum of the outputs of the circuits **50** and **52**.

'839 Patent 7:10-24



FIG. 3A

87

# Summary of Asserted Claims: Two Groups

| Asserted Claim | Group I: No "noise covariance matrices" requirement | Group II: Requires "updating . . . noise covariance matrices" |
|---|---|---|
| '839 Patent, cl. 1 | ✓ | |
| cl. 4 | ✓ | |
| cl. 11 | | ✓ |
| cl. 16 | | ✓ |
| cl. 19 | | ✓ |
| cl. 23 | | ✓ |
| '180 Patent, cl. 1 | ✓ | |
| cl. 6 | | ✓ |

88

# Group I: '839 Patent Claim 1

1. A method of determining branch metric values for branches of a trellis for a Viterbi-like detector, comprising:

[1] selecting a branch metric function for each of the branches at a certain time index; and

[2] applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected,

wherein each sample corresponds to a different sampling time instant.

# Group I: '839 Patent Claim 1

1. A method of determining branch metric values for branches of a trellis for a Viterbi-like detector, comprising:

[1] selecting a branch metric function for each of the branches at a certain time index; and

[2] applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected,

wherein each sample corresponds to a different sampling time instant.

["*Agreed to*" *terms in* blue; "*disputed*" *terms in* red]

# Group I: '839 Patent Claim 4

4. A method of determining branch metric values for branches of a trellis for a Viterbi-like detector, comprising:

[1] selecting a branch metric function for each of the branches at a certain time index from a set of signal-dependent branch metric functions; and

[2] applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

# Group I: '180 Patent Claim 1

1. A method of determining branch metric values in a detector, comprising:

[1] receiving a plurality of time variant signal samples, the signal samples having one of signal-dependent noise, correlated noise, and both signal dependent and correlated noise associated therewith;

[2] selecting a branch metric function at a certain time index; and

[3] applying the selected function to the signal samples to determine the metric values.

# Group II: '839 Patent Claim 19

19. A detector circuit for detecting a plurality of data from a plurality of signal samples read from a recording medium, comprising:

a Viterbi-like detector circuit, said Viterbi-like detector circuit for producing a plurality of delayed decisions and a plurality of delayed signal samples from a plurality of signal samples;

a noise statistics tracker circuit responsive to said Viterbi-like detector circuit for updating a plurality of noise covariance matrices in response to said delayed decisions and said delayed signal samples; and

a correlation-sensitive metric computation update circuit responsive to said noise statistics tracker circuit for recalculating a plurality of correlation-sensitive branch metrics from said noise covariance matrices, said branch metrics output to said Viterbi-like detector circuit.

# Group II: '839 Patent Claim 19

19. A detector circuit for detecting a plurality of data from a plurality of signal samples read from a recording medium, comprising:

a Viterbi-like detector circuit, said Viterbi-like detector circuit for producing a plurality of delayed decisions and a plurality of delayed signal samples from a plurality of signal samples;

a noise statistics tracker circuit responsive to said Viterbi-like detector circuit for updating a plurality of noise covariance matrices in response to said delayed decisions and said delayed signal samples; and

a correlation-sensitive metric computation update circuit responsive to said noise statistics tracker circuit for recalculating a plurality of correlation-sensitive branch metrics from said noise covariance matrices, said branch metrics output to said Viterbi-like detector circuit.

94

# Group II: '839 Patent Claim 11

11. A method of detecting a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of symbols stored on a high density magnetic recording device, comprising the steps of:

(a) performing a Viterbi-like sequence detection on a plurality of signal samples using a plurality of correlation sensitive branch metrics;

(b) outputting a delayed decision on the recorded symbol;

(c) outputting a delayed signal sample;

(d) adaptively updating a plurality of noise covariance matrices in response to said delayed signal samples and said delayed decisions;

(e) recalculating said plurality of correlation-sensitive branch metrics from said noise covariance matrices using subsequent signal samples; and

(f) repeating steps (a)-(e) for every new signal sample.

# Group II: '839 Patent Claim 16

16. A method of detecting a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of symbols through a communications channel having intersymbol interference, comprising the steps of:

(a) performing a Viterbi-like sequence detection on a plurality of signal samples using a plurality of correlation sensitive branch metrics;

(b) outputting a delayed decision on the transmitted symbol;

(c) outputting a delayed signal sample;

(d) adaptively updating a plurality of noise covariance matrices in response to said delayed signal samples and said delayed decisions;

(e) recalculating said plurality of correlation-sensitive branch metrics from said noise covariance matrices using subsequent signal samples; and

(f) repeating steps (a)-(e) for every new signal sample.

# Group II: '839 Patent Claim 23

23. A system for recording information on a magnetic medium, comprising:

[1] a write signal processing circuit for processing a plurality of data from a data source;

[2] a write control circuit;

[3] a write head responsive to said write control circuit for receiving a plurality of signals from said write signal processing circuit, said write head for writing said signals to the recording medium;

[4] a read control cirucuit;

[5] a read head for reading said signals from the recording medium, said read head responsive to said read control circuit; and

[6] a detector circuit for detecting a plurality of data from said read signals, said detector comprising:

[7] a Viterbi-like detector circuit, said Viterbi-like detector circuit for producing a plurality of delayed decisions and a plurality of delayed signal samples from a plurality of signal samples;

[8] a noise statistics tracker circuit responsive to said Viterbi-like detector circuit for updating a plurality of noise covariance matrices in response to said delayed decisions and said delayed signal samples; and

[9] a correlation-sensitive metric computation update circuit responsive to said noise statistics tracker circuit for recalculating a plurality of correlation-sensitive branch metrics from said noise covariance matrices, said branch metrics output to said Viterbi-like detector circuit.

# Group II: '180 Patent Claim 6

6.  A method of detecting a sequence that exploits a correlation between adjacent signal samples for adaptively detecting a sequence of symbols through a communications channel having intersymbol interference, comprising:

(a) performing sequence detection on a plurality of signal samples using a plurality of correlation sensitive branch metrics;

(b) outputting a delayed decision on the transmitted symbol;

(c) outputting a delayed signal sample;

(d) adaptively updating a plurality of noise covariance matrices in response to the delayed signal samples and the delayed decisions;

(e) recalculating the plurality of correlation sensitive branch metrics from the noise covariance matrices using subsequent signal samples; and

(f) repeating steps (a)-(e) for every new signal sample.

98

# Appendix: Claim Terms

- Undisputed Groupings
  - Read/Write Head
  - Noise
  - Signal Samples
  - Sequences and Symbols
  - Branch Metrics
  - Viterbi-Like
- Eight (8) Disputed Claim Terms

# Undisputed Claim Terms: Read/Write Heads

| | |
|---|---|
| read control circuit | "Read control circuit" means "a circuit that controls the position of a read head with respect to a magnetic medium." |
| read head | "Read head" means "a magnetic device that reads (or retrieves) signals from a magnetic medium, that are stored on the medium as a series of variations in magnetic flux." |
| write control circuit | "Write control circuit" means "a circuit that controls the position of the write head with respect to a magnetic medium." |
| write head | "Write head" means "a magnetic device that writes (or stores) signals to a magnetic medium as a series of variations in the magnetic flux of the medium." |
| write signal processing circuit | "Write signal processing circuit" means "a circuit that converts data into signals with a format suitable for storage on a magnetic medium." |

# Undisputed Claim Terms: Noise

| noise | "Noise" means "an unwanted disturbance in a signal." |
|---|---|
| noise statistics tracker circuit | "Noise statistics tracker circuit" means "a circuit that tracks noise statistics." |

# Undisputed Claim Terms: Signal Samples

| | |
|---|---|
| adjacent [signal samples] | "Adjacent signal samples" means "'signal samples' from consecutive points in time." |
| certain time index | "Certain time index" means "a certain point in time." |
| each sample corresponds to a different sampling time instant | "Each sample corresponds to a different sampling time instant" means "each 'signal sample' is from a different point in time." |
| signal sample | "Signal sample" means "a value of a signal at a certain point in time." |

# Undisputed Claim Terms: Sequences and Symbols

| intersymbol interference | "Intersymbol interference" means "a form of distortion of a signal in which symbols interfere with neighboring symbols." |
|---|---|
| sequence detection | "Sequence detection" means "detection of a sequence of symbols." |
| the recorded symbol | "The recorded symbol" refers to "the symbol stored on a high density magnetic recording device" of the preamble of claim 11 of the '839 patent. |

# Undisputed Claim Terms: Branch Metrics

| | |
|---|---|
| branch | "Branch" means "a potential transition between two states (nodes) immediately adjacent in time in a 'trellis.'"<br>Examples of branches are illustrated as the lines between the nodes in Figure 4 of the 839 patent. |
| branch metric function | "Branch metric function" means "a mathematical function for determining a 'branch metric value' for a 'branch.'" |
| branch metric value / branch metric / metric value | "Branch metric value," "branch metric," and "metric value" mean "the numerical value of a 'branch.'" |
| selecting a [branch metric function]<br><br>selecting a [branch metric function] . . . from a set | "Selecting" means "to choose one from a set of more than one." |
| trellis | "Trellis" means "a graphical representation of the progression of states of a communications channel in time, wherein states are depicted as nodes and potential transitions between states are depicted as lines or arrows."*<br>An example of a trellis is illustrated in Figure 4 of the 839 patent.<br>* The parties agree that the phrase "progression of states of a communications channel" is not intended to limit the channel to any particular channel. |

# Undisputed Claim Terms: Viterbi-Like

| | |
|---|---|
| Viterbi-like | "Viterbi-like" means "similar to and including the 'Viterbi algorithm.'" |
| Viterbi-like detector [circuit] | "Viterbi-like detector" and "Viterbi-like detector circuit" mean "a detector that uses a 'Viterbi-like' algorithm." |
| Viterbi-like sequence detection | "Viterbi-like sequence detection" means "detection of a sequence of symbols using a 'Viterbi-like' algorithm." |

# Eight (8) Disputed Claim Terms

| Term No. | CMU's Construction | Marvell's Construction |
|---|---|---|
| No. 1: correlation | the degree to which two more items (here, noise in signal samples) show a tendency to vary together. | the expected (mean) value of the product of two random variables (e.g., $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time i and time j, respectively). |
| No. 2: covariance | none | the expected (mean) value of the product of ($r_i$-$m_i$) and ($r_j$-$m_j$), where $r_i$ and $r_j$ are observed signal samples (at time i and time j, respectively) and $m_i$ and $m_j$ are the expected (mean) values of the samples (at time i and time j, respectively) (i.e., $E[(r_i-m_i)(r_j-m_j)]$). |
| No. 3: covariance matrix | none | arrays of covariances of pairs of signal samples, e.g.: $$\begin{bmatrix} \mathrm{cov}(r_i, r_i) & \mathrm{cov}(r_i, r_{i+1}) \\ \mathrm{cov}(r_{i+1}, r_i) & \mathrm{cov}(r_{i+1}, r_{i+1}) \end{bmatrix}$$ |
| No. 4: noise covariance matrices | noise statistics used to calculate the 'correlation-sensitive branch metrics.' | covariance matrices of signal samples (where the signal samples include noise). |
| No. 5: correlated noise | noise with 'correlation' among 'signal samples,' such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities. | noise having nonzero 'covariance' (see construction of 'covariance' above). |

# Eight (8) Disputed Claim Terms

| Term | CMU's Construction | Marvell's Construction |
|------|--------------------|------------------------|
| No. 6:  signal-dependent noise | media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols). | noise that is dependent on the signal. |
| No. 7: signal-dependent branch metric function | a "branch metric function" that accounts for the signal-dependant structure of the media noise. | a "branch metric function" that accounts for "signal-dependent noise." |
| No. 8: Viterbi [algorithm] | an algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis. | an algorithm that uses a trellis to perform sequence detection by calculating branch metrics for each branch of the trellis, comparing the accumulated branch metrics for extensions of retained paths leading to each node of the trellis at a given time, and for each node, retaining only the path having the best accumulated metric. |