# 1. Correlation

# Correlation

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| correlation<br><br>'839 Patent Claims 11, 16, 19, 23<br>'180 Patent Claim 6 | the degree to which two more items (here, noise in signal samples) show a tendency to vary together.<br><br>CMU Brf. at 19-20 | the expected (mean) value of the product of two random variables (*e.g.*, $E[r_i r_j]$, where $r_i$ and $r_j$ are signal samples at time I and time j, respectively).<br><br>Marvell Brf. at 17-21 |

- The Dispute:
  - ► Should "correlation" be accorded its ordinary meaning in engineering and statistics (Marvell) or its lay meaning (CMU)?

5

# Claim Language

- Correlation-sensitive branch metrics calculated from noise covariance matrices

> 11. A method for detecting a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of symbols stored on a high density magnetic recording device, comprising the steps of:
> (a) performing a Virterbi-like sequence detection on a plurality of signal samples using a plurality of **corre-lation** sensitive branch metrics;
> (b) outputting a delayed decision on the recorded symbol;
> (c) outputting a delayed signal sample;
> (d) adaptively updating a plurality of noise covariance matrices in response to said delayed signal samples and said delayed decisions;
> (e) recalculating said plurality of **correlation**-sensitive branch metrics from said noise covariance matrices using subsequent signal samples; and
> (f) repeating steps (a)–(e) for every new signal sample.

*See* '839 Patent Claims 11, 16, 19, 23; '180 Patent Claim 6

6

# Specification: Uses Mathematical Terminology

> Euclidian branch metric. In the simplest case, the noise samples are realizations of independent identically distributed Gaussian **random variables** with **zero mean** and variance $\sigma^2$. This is a white Gaussian noise assumption. This implies that the **correlation distance** is L=0 and that the noise pdf's have the same form for all noise samples. The total ISI

'839 Patent 5:58-64

- random variables
- mean
- variance
- correlation distance
- covariance matrix
- expected values
- correlation-sensitive metric

> The (L+1)×(L+1) matrix $C_i$ is the **covariance matrix** of the data samples $r_i, r_{i+1}, \ldots, r_{i+L}$, when a sequence of symbols $a_{i-Kt}, \ldots a_{i+L+Kt}$ is written. The matrix $c_i$ in the denominator of (11) is the L×L lower principal submatrix of $C_i=[c_i]$. The (L+1)-dimensional vector $\underline{N}_i$ is the vector of differences between the observed samples and their **expected values** when the sequence of symbols $a_{i-Kt}, \ldots, a_{i+L+Kt}$ is written, i.e.:
>
> $$\underline{N}_i=[(r_i-m_i)(r_{i+1}-m_{i+1}) \ldots (r_{i+L}-m_{i+L})]^T \quad (12)$$
>
> The vector $\underline{n}_i$ collects the last L elements of $\underline{N}_i$,
> $\underline{n}_i=[(r_{i+1}-m_{i+1}) \ldots (r_{i+L}-m_{i+L})]^T$.
> With this notation, the general **correlation-sensitive metric** is:
>
> $$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \quad (13)$$

'839 Patent 6:56-7:4

7

# Specification: Equation 13

- ## The "correlation-sensitive" branch metric (Equation 13)

  With this notation, the general correlation-sensitive metric is:

  $$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \quad (13)$$

  '839 Patent 6:66-7:4

- ## Other branch metrics not "correlation-sensitive"

  Euclidian branch metric.

  $$M_i = N_i^2 = (r_i - m_i)^2 \quad (8)$$

  '839 Patent 5:59-6:14

  Variance dependent branch metric.

  $$M_i = \log \sigma_i^2 + \frac{N_i^2}{\sigma_i^2} = \log \sigma_i^2 + \frac{(r_i - m_i)^2}{\sigma_i^2} \quad (10)$$

  '839 Patent 6:15-35

8

# Specification: Branch Metric Computation

- Correlation is used in the computation of the branch metric (13)

- $E[\hat{C}(\hat{a})] = E[\underline{N}_i \underline{N}_i^T]$ calculates the expected value of the product of signal samples

> need for further mean corrections. The focus is shifted to tracking the noise covariance matrices needed in **the computation of the branch metrics (13)**.
>
> Assume that the sequence of samples $r_i, r_{i+1}, \ldots, r_{i+L}$ is observed. Based on these and all other neighboring samples, after an appropriate delay of the Viterbi trellis, a decision is made that the most likely estimate for the sequence of symbols $a_{i-K_l}, \ldots, a_{i+L+K_r}$ is $\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r}$. Here L is the noise correlation length and $K = K_l + K_r + 1$ is the ISI length. Let the current estimate for the $(L+1) \times (L+1)$ covariance matrix corresponding to the sequence of symbols $\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r}$ be $\hat{C}(\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r})$. This symbol is abbreviated with the shorter notation, $\hat{C}(\hat{a})$. If the estimate is unbiased, the expected value of the estimate is:
>
> $$E\hat{C}(\hat{a}) = E[\underline{N}_i \underline{N}_i^T] \quad (21)$$
>
> where $\underline{N}_i$ is the vector of differences between the observed samples and their expected values, as defined in (12).

'839 Patent 9:21-37

9

# Prosecution History: Confirms Marvell's Construction

- Patent Office rejected CMU's claims over Huszar

  > The Examiner rejected claims 11-22 as being anticipated by U.S. Patent No. 5,862,192 to Huszar et al. The Examiner stated that Huszar et al. "discloses a method for detecting a sequence that exploits the correlation between adjacent signal samples for

  6/12/00 Amdt. at 8, '839 Patent File History (Marvell Exh. 22)

- CMU argued that correlation requires multiplying signal samples

  > Huszar et al. discloses branch metrics that are not correlation sensitive. Instead, the branch metrics of Huszar et al. are path metrics that have the form of (*See* Huszar et al., col. 8, equation 17):
  >
  > $$J = \sum_{\text{from } i=-\infty \text{ to } \infty} M_i$$
  >
  > where $M_i$ is a branch metric of the form:
  >
  > $$M_i = [r_i(0) - y_i(0)]^2 + [r_i(1) - y_i(1)]^2$$
  >
  > Such a branch metric is not correlation sensitive, as claimed in independent claims 11, 16, and 19, which is evidenced by the fact that there is no term in the branch metric that corresponds to the correlation between $r_i(0)$ and $r_i(1)$, i.e. there is no term that involves multiplying $r_i(0)$ with $r_i(1)$. Thus, Huszar et al. does not disclose branch metrics that are correlation sensitive. Furthermore, Applicants submit that Huszar et al. does not disclose the use of noise covariance matrices. Because Huszar et al. does not disclose branch

  *Id.* at 8-9

10

# Background: Statistics Definition

(Marvell Tutorial Slide 62)

**CORRELATION**  the average of the pairwise products of test scores.




| | TEST #1 SCORE | TEST #1 MINUS MEAN | DEVIATION SQUARED | TEST #2 SCORE | TEST #2 MINUS MEAN | TEST #1 x TEST #2 PRODUCT |
|---|---|---|---|---|---|---|
| STUDENT A | 92 | 8 | 64 | 87 | 4 | 8004 |
| STUDENT B | 85 | 1 | 1 | 72 | -11 | 6120 |
| STUDENT C | 70 | -14 | 196 | 75 | -8 | 5250 |
| STUDENT D | 96 | 12 | 144 | 86 | 3 | 8256 |
| STUDENT E | 77 | -7 | 49 | 95 | 12 | 7315 |
| | SUM 420 | | SUM 454 | SUM 415 | | SUM 34945 |
| | ÷5  84 | | ÷5  91 | ÷5  83 | | ÷5 6989 |
| | MEAN | DEVIATION | VARIANCE | MEAN | DEVIATION | CORRELATION |

11

# Extrinsic Evidence: Technical Treatises

- Marvell's construction is identical to statistical meaning:
  - *E[XY]* = the expected (mean) value of the product of two random variables X and Y

> The second-order moment $m_{11} = E[XY]$ is called the *correlation* of $X$ and $Y$. It is so important to later work that we give it the symbol $R_{XY}$.

Peebles, *Probability, Random Variables, and Random Signal Principles*, at 102 (1980) (Marvell Exh. 23)

> X. In electrical engineering, it is customary to call the $j = 1$ $k = 1$ moment, $E[XY]$, the **correlation of X and Y**. If $E[XY] = 0$, then we say that **X and Y are orthogonal**.

Leon-Garcia, *Probability and Random Processes for Electrical Engineering*, at 233 (1994) (Marvell Exh. 18)

- *See also* Proakis Decl. at ¶¶ 30-31.

12

# CMU's Reliance on General Dictionaries Fails

- ## CMU cites the Oxford English Dictionary

  CMU Brf., at 21 n. 14

  > correlation (kɒrɪˈleɪʃən). [f. COR- + RELATION: cf. F. *corrélation*, and see CORRELATIVE.]
  >
  > • • •
  >
  > c. In *Statistics*, an interdependence of two or more variable quantities such that a change in the value of one is associated with a change in the value or the expectation of the others; also, the value of this as represented by a correlation coefficient. So *correlation coefficient* or *coefficient of correlation*: a number between −1 and 1 calculated so as to represent the linear interdependence of two variables or two sets of data; spec. the product-moment coefficient (see PRODUCT sb.¹).

  *Compact Oxford English Dictionary* (2d ed. 1987) (CMU Exh. 6)

- ## CMU truncated the definition that cited a "value"

13

# CMU Truncates Dictionary Definitions

- CMU cites the Pocket Dictionary of Statistics

CMU Brf. at 22 n. 16

> correlation– A general term denoting association or relationship between two or more variables. More generally, it is the extent or degree to which two or more quantities are associated or related. It is measured by an index called correlation coefficient. See also intraclass correlation, Kendall's rank correlation, Spearman's rank correlation.

*Pocket Dictionary of Statistics* (2002) (CMU Exh. 10)

- Again omitting the quantitative reference

14

# Improper Reliance on Dictionary Definitions

- "[I]t is inevitable that the multiple dictionary definitions for a term will extend beyond the construction of the patent that is confirmed by the avowed understanding of the patentee."
  *Phillips*, 315 F.3d at 1321-22, citing *Goodyear Dental Vulcanite Co. v. Davis*, 102 U.S. 222, 227, (1880).

- "[A] general dictionary definition is secondary to the specific meaning of a technical term as it is used and understood in a particular technical field." *Hoechst Celanese Corp. v. BP Chems., Ltd.*, 78 F.3d 1575, 1580 (Fed. Cir. 1996).



CMU Exh. 3



CMU Exh. 4



CMU Exh. 6

CMU Brf. at 21-22

15

# Technical Treatises Preferred Over Dictionaries

- "[T]echnical treatises [ ] constitute particularly strong sources of extrinsic evidence ... because they provide objective, contemporaneous, unbiased, and publicly available descriptions of how [terms are used] by those skilled in the art."

*Osram GmbH v. Int'l Trade Comm'n*, 505 F.3d at 1351, 1361 (Fed. Cir. 2007).



Marvell Exh. 24



Marvell Exh. 18



Marvell Exh. 36

Marvell Brf. at 18

16

# CMU's Construction is (1) Vague and (2) Overbroad

- CMU's Construction: "*the degree to which two or more items show a tendency to vary together*"

  1. Vague: "tendency to vary together"?
     - May include statistics that are not covariance e.g. variance

     > **variance–** A **measure of variability** or **dispersion** of the values of a **data set** found by averaging the squared **deviations** about the **mean**. It is calculated by summing the squared

     Sahai and Khurshid, *Pocket Dictionary of Statistics* (2002) (Marvell Exh. 16)

  2. Overbroad: encompasses Euclidean branch metric that is <u>not</u> "correlation sensitive"

     > Euclidian branch metric.
     >
     > $$M_i = N_i^2 = (r_i - m_i)^2 \qquad (8)$$

     '839 Patent 5:59-6:14

17

# CMU's Incorrect Construction Covers Euclidean Metric

- "Euclidean branch metric" has noise samples that *vary together* ["identically" with "variance $\sigma^2$"]

> Euclidian branch metric. In the simplest case, the noise samples are realizations of independent **identically distributed** Gaussian random variables with zero mean and **variance $\sigma^2$**. This is a white Gaussian noise assumption.

'839 Patent 5:59-62

$$M_i = N_i^2 = (r_i - m_i)^2 \qquad (8)$$

'839 Patent 6:12-13



Gaussian noise

$\sigma^2$

# of samples

0

noise

- CMU argued to the Patent Office:

$$M_i = [r_i(0) - y_i(0)]^2 + [r_i(1) - y_i(1)]^2$$

Such a branch metric is **not correlation sensitive**, as claimed in independent claims 11, 16,

6/12/00 Amdt. at 9, '839 Patent File History
(Marvell Exh. 22)

18

# CMU's "Disclosed Embodiment" Argument Fails

- CMU: "Marvell's proposed construction improperly excludes a disclosed embodiment"

  CMU Brf. at 25

- Fails for two reasons:

  1. No requirement that claims cover every embodiment
     - "The fact that a patent asserts that an invention achieves several objectives does not require that each of the claims be construed as limited to structures that are capable of achieving all of the objectives."

       *Liebel-Flarshemi Co. v. Medrad, Inc.*, 358 F.3d 898, 908 (Fed. Cir. 2004).
     - "A Patentee may draft different claims to cover different embodiments."

       *Intamin Ltd. v. Magnetar Technologies, Corp.*, 483 F.3d 1328, 1337 (Fed. Cir. 2007).

  2. Marvell's construction covers the embodiments that correspond to the relevant claims

19

# CMU's "Disclosed Embodiment" Argument Fails

- Marvell's construction covers the claims and embodiments that use "correlation"
  - **Group II Claims**
    - calculating "correlation-sensitive branch metrics" from "noise covariance matrices" (Eq.13; Fig. 3A)

  > a correlation-sensitive metric computation update circuit responsive to said noise statistics tracker circuit for recalculating a plurality of ==correlation-sensitive branch metrics== from said noise covariance matrices, said branch metrics output to said Viterbi-like detector circuit.

  '839 Patent Claim 23; *see also* claims 11, 16, 19; '180 Patent Claim 6

- Other claims do not use "correlation"
  - **Group I Claims**
    - "method of determining branch metric values"
  - **Group III Claims**
    - "generating" a "branch weight" (weight $w_i$; Fig. 3B)

20

# CMU's "Disclosed Embodiment" Argument Fails

- CMU concedes: "Figure 3A calculates a correlation … in one disclosed embodiment"

  CMU Reply at 4

  > FIG. 3A illustrates a block diagram of a branch metric computation circuit 48 that computes the metric $M_i$ for a branch of a trellis, as in Equation (13). Each branch of the

  '839 Patent 7:14-18

  - Figure 3A computes Equation (13)
  - Using Noise Covariance Matrix $\hat{C}$
  - The $\hat{C}(\hat{a})$ estimate calculates correlation: $E[\hat{C}(\hat{a})] = E[N_i N_i^T]$
  - **Marvell covers this embodiment**

  > need for further mean corrections. The focus is shifted to tracking the noise covariance matrices needed in the computation of the branch metrics (13).
  >
  > Assume that the sequence of samples $r_i, r_{i+1}, \ldots, r_{i+L}$ is observed. Based on these and all other neighboring samples, after an appropriate delay of the Viterbi trellis, a decision is made that the most likely estimate for the sequence of symbols $a_{i-K_l}, \ldots, a_{i+L+K_r}$ is $\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r}$. Here L is the noise correlation length and $K=K_l+K_r+1$ is the ISI length. Let the current estimate for the $(L+1)\times(L+1)$ covariance matrix corresponding to the sequence of symbols $\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r}$ be $\hat{C}(\hat{a}_{i-K_l}, \ldots, \hat{a}_{i+L+K_r})$. This symbol is abbreviated with the shorter notation, $\hat{C}(\hat{a})$. If the estimate is unbiased, the expected value of the estimate is:
  >
  > $$E\hat{C}(\hat{a}) = E[\underline{N}_i \underline{N}_i^T] \qquad (21)$$
  >
  > where $\underline{N}_i$ is the vector of differences between the observed samples and their expected values, as defined in (12).

  '839 Patent 9:21-37

21

# CMU's "Disclosed Embodiment" Argument Fails

- McLaughlin: "an embodiment of which is shown in Figure 3B of the CMU Patents … without using or computing the expected value of the product of the signal samples."

  McLaughlin Decl. at ¶ 13

  1. Fig. 3B only shows one implementation of Circuit 52 in Fig. 3A

  FIG. 3B is an illustration of an implementation of a portion of the branch metric computation module of FIG. 3A;

  '839 Patent 2:45-47




  2. Fig. 3B is covered by Group III claims (do not use "correlation")

22