# 2. Covariance

# Covariance

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| covariance | none; see "noise covariance matrices" | the expected (mean) value of the product of $(r_i-m_i)$ and $(r_j-m_j)$, where $r_i$ and $r_j$ are observed signal samples (at time I and time j, respectively) and $m_i$ and $m_j$ are the expected (mean) values of the samples (at time i and time j, respectively) (i.e., $E[(r_i-m_i)(r_j-m_j)]$). |
| '839 Patent Claims 11, 16, 19, 23<br>'180 Patent Claim 6 | CMU Brf. at 27 | Marvell Brf. at 21-24 |

- Dispute
  - Should "covariance" have its ordinary meaning (Marvell) or be read out of the claim (CMU)?

24

# Claim Language

- Covariance is used to calculate the correlation-sensitive branch metrics



19. A detector circuit for detecting a plurality of data from a plurality of signal samples read from a recording medium, comprising:

a Viterbi-like detector circuit, said Viterbi-like detector circuit for producing a plurality of delayed decisions and a plurality of delayed signal samples from a plurality of signal samples;

a noise statistics tracker circuit responsive to said Viterbi-like detector circuit for updating a plurality of noise covariance matrices in response to said delayed decisions and said delayed signal samples; and

a correlation-sensitive metric computation update circuit responsive to said noise statistics tracker circuit for recalculating a plurality of correlation-sensitive branch metrics from said noise covariance matrices, said branch metrics output to said Viterbi-like detector circuit.

*See* '839 Patent Claims 11, 16, 19, 23; '180 Patent Claim 6

25

# Claim Language

- "Covariance" is used independently without "noise covariance matrices"

> **10.** A method of generating a branch weight for branches of a trellis for a Viterbi-like detector, wherein the detector is used in a system having Gaussian noise, comprising:
>
> selecting a plurality of signal samples, wherein each sample corresponds to a different sampling time instant;
>
> calculating a first value representing a logarithm of a quotient of a determinant of a trellis branch dependent covariance matrix of said signal samples and a determinant of a trellis branch dependent covariance matrix of a subset of said signal samples;
>
> calculating a second value representing a quadratic of said signal samples less a plurality of target values normalized by a trellis branch dependent **covariance** of said signal samples;
>
> calculating a third value representing a quadratic of a subset of said signal samples less a plurality of channel target values normalized by a trellis branch dependent **covariance** of said subset of signal samples;
>
> calculating the branch weight from said first, second, and third values; and

'839 Patent at Claim 10

26

# Specification

- Covariance used in mathematical calculations

correspond to these samples. They are used to compute the vector $\underline{N}_i$, with which the empirical rank-one covariance matrix $\underline{N}_i \underline{N}_i^T$ is formed. In the absence of prior information, this rank-one matrix is an estimate for the covariance matrix for the detected symbols. In a recursive adaptive scheme, this rank-one data covariance estimate is used to update the current estimate of the covariance matrix $\hat{C}(\hat{a})$. A simple way to achieve this is provided by the recursive least-squares (RLS) algorithm. The RLS computes the next covariance matrix estimate $\hat{C}'(\hat{a})$ as:

$$\hat{C}'(\hat{a}) = \beta(t)\hat{C}(\hat{a}) + [1-\beta(t)]\underline{N}_i \underline{N}_i^T$$

'839 Patent 9:45-56

Suppose that, prior to making the decision $\{\hat{a}_i, \hat{a}_{i+1}, \hat{a}_{i+2}\} = \{\ominus, +, -\}$, the estimate for the covariance matrix associated with this sequence of three symbols is

$$\hat{C}(\ominus, +, -) = \begin{bmatrix} 0.5 & -0.2 \\ -0.2 & 0.8 \end{bmatrix} \quad (24)$$

Let the forgetting factor be $\beta=0.95$. To update the covariance matrix the vector is first formed:

$$\underline{N} = [(r_i - 1)(r_{i+1} - 0)]^T = [-0.1 \; -0.2]^T \quad (25)$$

The rank-one sample covariance matrix $\underline{N}\,\underline{N}^T$ is used to find the covariance matrix update:

'839 Patent 10:53-67

27

# Background: Statistical Meaning

(Marvell Tutorial Slide 64)

**COVARIANCE** the average of the pairwise products of test score deviations.




| | TEST #1 SCORE | TEST #1 MINUS MEAN | DEVIATION SQUARED | TEST #2 SCORE | TEST #2 MINUS MEAN | TEST #1 x TEST #2 PRODUCT | TEST #1 DEVIATION x TEST #2 DEVIATION |
|---|---|---|---|---|---|---|---|
| STUDENT A | 92 | 8 | 64 | 87 | 4 | 8004 | 32 |
| STUDENT B | 85 | 1 | 1 | 72 | -11 | 6120 | -11 |
| STUDENT C | 70 | -14 | 196 | 75 | -8 | 5250 | 112 |
| STUDENT D | 96 | 12 | 144 | 86 | 3 | 8256 | 36 |
| STUDENT E | 77 | -7 | 49 | 95 | 12 | 7315 | -84 |
| | SUM 420 | | SUM 454 | SUM 415 | | SUM 34945 | SUM 85 |
| | ÷5  84 | | ÷5  91 | ÷5  83 | | ÷5 6989 | ÷5  17 |
| | MEAN | DEVIATION | VARIANCE | MEAN | DEVIATION | CORRELATION | COVARIANCE |

28

# Extrinsic Evidence: Technical Treatises

- Marvell construction identical to ordinary meaning
    - "the expected value of the product of the deviations of two random variables from their respective means."

    > The second joint *centralized* moment is called the *covariance*, and is denoted by $K_{XY}$:
    >
    > $$K_{XY} \triangleq E\{(X - m_X)(Y - m_Y)\}. \qquad (2.21)$$

    Gardner, *Introduction to Random Processes with Applications to Signals and Systems*, at 32 (1986) (Marvell Exh. 24)

    > The *covariance* of two random variables $X$ and $Y$, written $\mathrm{Cov}(X, Y)$ is defined by
    >
    > $$\mathrm{Cov}(X, Y) = E[(X - \mu_x)(Y - \mu_y)]$$
    >
    > where $\mu_x$ and $\mu_y$ are the means of $X$ and $Y$, respectively.

    Ross, *Introduction to Probability and Statistics for Engineers and Scientists*, at 119 (2000) (Marvell Exh. 17)

    - *See also* Proakis Decl. at ¶¶ 34-35.
    - Same definition in technical treatises and general dictionaries

    > **co·vari·ance** \ˌkō-'ver-ē-ən(t)s, -'var-; 'kō-ˌ\ *n* (1931) **1** : the expected value of the product of the deviations of two random variables from their respective means **2** : the arithmetic mean of the products of the deviations of corresponding values of two quantitative variables from their respective means

    *Merriam-Webster's Collegiate Dictionary* (10th ed. 1995) (Marvell Exh. 15)

29