# 4. Noise Covariance Matrices

# Noise Covariance Matrices

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| noise covariance matrices<br><br>'839 Patent Claims 11, 16, 19, 23<br>'180 Patent Claim 6 | noise statistics used to calculate the 'correlation-sensitive branch metrics.'<br><br>CMU Brf. at 27 | covariance matrices of signal samples (where the signal samples include noise).<br><br>Marvell Brf. at 27-32 |

- The Dispute
  - Does "noise covariance matrices" have its ordinary meaning (Marvell) or has it been re-defined in the patent (CMU)?

41

# Claim Language

- "noise covariance matrices" used to calculate "correlation sensitive branch metrics"

> 6. A method of detecting a sequence that exploits a correlation between adjacent signal samples for adaptively detecting a sequence of symbols through a communications channel having intersymbol interference, comprising:
> (a) performing sequence detection on a plurality of signal samples using a plurality of correlation sensitive branch metrics;
> (b) outputting a delayed decision on a transmitted symbol;
> (c) outputting a delayed signal sample;
> (d) adaptively updating a plurality of ==noise covariance matrices== in response to the delayed signal samples and the delayed decisions;
> (e) recalculating the plurality of correlation sensitive branch metrics from the ==noise covariance matrices== using subsequent signal samples; and
> (f) repeating steps (a)–(e) for every new signal sample.

*See* '839 Patent Claims 11, 16, 19, 23; '180 Patent Claim 6

42

# Specification

- Covariance Matrix $C_i$ used in Correlation-Sensitive Branch Metric Calculation:



'839 Patent 6:66-7:3

'839 Patent 7:25-29

'839 Patent 11:1-10

43

# Specification

- First reference to "<u>the</u> noise covariance matrices"
- Implies the ordinary definition

> **SUMMARY OF THE INVENTION**
>
> ⋮
>
> Because the noise statistics are non-stationary, the noise sensitive branch metrics are adaptively computed by estimating the noise covariance matrices from the read-back data. These covariance matrices are different for each branch of the tree/trellis due to the signal dependent structure of the media noise. Because the channel characteristics in magnetic recording vary from track to track, these matrices are tracked on-the-fly, recursively using past samples and previously made detector decisions.

'839 patent 2:15-23

44

# CMU's "i.e." Argument Fails

- CMU argues: "By using the abbreviation '*i.e.*,' Latin for 'that is,' the CMU patents equated the term 'noise covariance matrices' with 'noise statistics.'"
  CMU Brf. at 28

- Fails for Two Reasons:
  1. English Usage: "*i.e.*, like *that is*, typically introduces a rewording or clarification of a statement that has just been made or of a word that has just been used"
     *Webster's Dictionary of English Usage* (1989) (Surreply Exh. 1)
     - example: "to update my contact information, *i.e.* to update my address"
     - "the adaptive nature, i.e., the data dependent nature, of the circuit 52"
       '839 Patent 8:9-10
  2. Federal Circuit: "when read in the context of the entire [ ] patent, the reference to 'saccharides (i.e., sugars)' <u>does not constitute a definition</u> of 'saccharides."
  
  *Pfizer, Inc. v. Teva Pharmaceuticals, USA, Inc.*, 429 F.3d 1364 (Fed. Cir. 2005).

45

# CMU's "i.e." Argument Fails

- CMU reads out "covariance matrices" by reading in redundant language ("correlation-sensitive branch metrics")

> 6. A method of detecting a sequence that exploits a correlation between adjacent signal samples for adaptively detecting a sequence of symbols through a communications channel having intersymbol interference, comprising:
>
> (a) performing sequence detection on a plurality of signal samples using a plurality of correlation sensitive branch metrics;
>
> (b) outputting a delayed decision on a transmitted symbol;
>
> (c) outputting a delayed signal sample;
>
> (d) adaptively updating a plurality of noise covariance matrices in response to the delayed signal samples and the delayed decisions;
>
> (e) recalculating the plurality of **correlation sensitive branch metrics** from the noise covariance matrices using subsequent signal samples; and
>
> (f) repeating steps (a)–(e) for every new signal sample.

**statistics used to calculate the correlation-sensitive branch metrics**

See '839 Patent Claims 11, 16, 19, 23; '180 Patent Claim 6

46

# CMU's "i.e." Argument Fails

- Re-defining "noise covariance matrices" as "noise statistics" removes "covariance" and "covariance matrices" from the claims

    - "[a] claim construction that gives meaning to all the terms of the claim is preferred over one that does not do so."
        *Merck & Co., Inc. v. Teva Pharm. USA, Inc.*, 395 F.3d 1364, 1372 (Fed. Cir. 2005).

    - "covariance" and "covariance matrices" have well-known meanings in engineering and statistics

    - "covariance" and "covariance matrices" are used independently in other claims
        See '839 Patent Claim 10.

47

# CMU's "i.e." Argument Fails

- Patents use "noise covariance matrices" separately from "noise statistics"

> Because the **noise statistics** are non-stationary, the noise sensitive branch metrics are adaptively computed by estimating the **noise covariance matrices** from the read-back data. These covariance matrices are different for each branch of the tree/trellis due to the signal dependent structure of the media noise. Because the channel characteristics in mag-

'839 Patent 2:15-23

> Computing the branch metrics in (10) or (13) requires knowledge of the signal statistics. **These statistics are the mean signal values $m_i$ in (12) as well as the covariance matrices $C_i$ in (13).** In magnetic recording systems, these

'839 Patent 8:24-27

48

# CMU's "i.e." Argument Fails

- "noise statistics": used by all branch metrics
- "covariance matrices": used by only "correlation-sensitive branch metric"

> Specific expressions for the branch metrics that result under different assumptions on the noise statistics are next considered.

'839 Patent 5:56-58

> Variance dependent branch metric.
> $$M_i = \log \sigma_i^2 + \frac{N_i^2}{\sigma_i^2} = \log \sigma_i^2 + \frac{(r_i - m_i)^2}{\sigma_i^2} \quad (10)$$

'839 Patent 6:15-34

> With this notation, the general correlation-sensitive metric is:
> $$M_i = \log \det \frac{C_i}{\det c_i} + \underline{N}_i^T \underline{C}_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i \quad (13)$$

'839 Patent 6:66-7:4

49

# CMU's "All Embodiments" Argument Fails

- CMU: "Marvell's proposed construction improperly narrows the claims so that they do not encompass all embodiments disclosed in the patents that use 'noise covariance matrices' to compute the correlation-sensitive branch metric."

    CMU Brf. at 31

- Fails for two reasons:
    1. "[A] claim need not cover all embodiments."
        *Intamin v. Magnetar*, 483 F.3d at 1337 (Fed. Cir. 2007)
    2. Marvell's construction covers all of the embodiments that use covariance matrices

50

# CMU's "All Embodiments" Argument Fails

- CMU: "Specifically, Marvell's construction excludes the tapped-delay line FIR filter embodiment of Figure 3B"

  CMU Brf. at 31

  ► "In this embodiment, the noise statistics used to calculate the branch metrics are the variance $\sigma^2$ and the vector of weights $w_i$."

  McLaughlin Decl. (CMU) at ¶ 18



> the data dependent nature, of the circuit 52. The weights $\underline{w}_i$ and the value $\sigma_i^2$ can be adapted using three methods. First, $\underline{w}_i$ and $\sigma_i^2$ can be obtained directly from Equations (20) and (16), respectively, once an estimate of the signal-dependent covariance matrix $C_i$ is available. Second, $\underline{w}_i$ and $\sigma_i^2$ can be calculated by performing a Cholesky factorization on the inverse of the covariance matrix $C_i$. For example, in the $L_i D_i^{-1} L_i^T$ Cholesky factorization, $\underline{w}_i$ is the first column of the Cholesky factor $L_i$ and $\sigma_i^2$ is the first element of the diagonal matrix $D_i$. Third, $\underline{w}_i$ and $\sigma_i^2$ can be computed directly from the data using a recursive least squares-type algorithm. In the first two methods, an estimate of the covariance matrix is obtained by a recursive least squares algorithm.

'839 Patent 8:10-23

- ► The patent describes three methods for calculating $\sigma^2$ and $w_i$
- ► Marvell's construction covers "the first two methods" (which are the only embodiments described using covariance matrices)

51

# CMU's "All Embodiments" Argument Fails

- The third method (no covariance matrix) corresponds to claims that calculate a "weight $w_i$" (Group III Claims)
  - These claims <u>do not</u> use "noise covariance matrices"



'839 Patent 7:61-62

> **20.** A branch metric computation circuit for generating a branch weight for branches of a trellis for a Viterbi-like detector, wherein the detector is used in a system having Gaussian noise, comprising:
> a logarithmic circuit having for each branch an input responsive to a branch address and an output;
> a plurality of arithmetic circuits each having a first input responsive to a plurality of signal samples, a second input responsive to a plurality of target response values, and an output, wherein each of the arithmetic circuits corresponds to each of the branches;
> a sum circuit having for each branch a first input responsive to said output of said logarithmic circuit, a second responsive to said output of said arithmetic an output.
>
> **21.** The circuit of claim **20** wherein said branch metric computation circuit is a tapped-delay line circuit with adaptive weight.

'839 Patent Claims 20-21

52