# 5. Correlated Noise

# Correlated Noise

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| correlated noise<br><br>'839 Patent Claims 2 and 5<br>'180 Patent Claim 1 | noise with 'correlation' among 'signal samples,' such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities.<br>**CMU Brf. at 19** | noise having nonzero 'covariance' (see construction of 'covariance' above).<br><br>**Marvell Brf. at 32-33** |

- The Dispute
  - Should "correlated noise" be accorded its ordinary meaning in engineering and statistics (Marvell) or its lay meaning with a list of examples (CMU)?

54

# Claim Language

- Method refers to a generic list of noise types

> **2.** The method of claim **1** further comprising the step of receiving said signal samples, said signal samples having signal-dependent noise, <mark>correlated noise</mark>, or both signal-dependent and correlated noise associated therewith.

'839 Patent Claim 2

> **5.** The method of claim **4** further comprising the step of receiving said signal samples, said signal samples having signal-dependent noise, <mark>correlated noise</mark>, or both signal-dependent and correlated noise associated therewith.

'839 Patent Claim 5

*See also* '180 Patent Claim 1

55

# Specification

- Patents describe correlated noise using mathematical terms



Correlation-sensitive branch metric. In the most general case, the correlation length is $L>0$. The leading and trailing ISI lengths are $K_l$ and $K_t$, respectively. The noise is now considered to be both correlated and signal-dependent. Joint Gaussian noise pdfs are assumed. This assumption is well justified in magnetic recording because the experimental evidence shows that the dominant media noise modes have Gaussian-like histograms. The conditional pdfs do not factor out in this general case, so the general form for the pdf is:

$$\frac{f(r_{i+1}, \ldots, r_{i+L} \mid a_{i-K_l}, \ldots, a_{i+L+K_t})}{f(r_i, r_{i+1}, \ldots, r_{i+L} \mid a_{i-K_l}, \ldots, a_{i+L+K_t})} = \qquad (11)$$

$$\sqrt{\frac{(2\pi)^{L+1} \det C_i}{(2\pi)^L \det c_i}} \frac{\exp[\underline{N}_i^T C_i^{-1} \underline{N}_i]}{\exp[\underline{n}_i^T c_i^{-1} \underline{n}_i]}$$

'839 Patent 6:36-52

56

# Extrinsic Evidence: Technical Treatises

- **Marvell construction identical to statistical meaning**
  - Uncorrelated variables have zero covariance
  - Correlated variables have nonzero covariance

> If $Cov(X_1, X_2) = 0$, then the random variables $X_1$ and $X_2$ are said to be *uncorrelated*; if $Cov(X_1, X_2) \neq 0$, then they are *correlated*. Independent random variables are always uncorrelated, but correlated random variables are not necessarily independent in general.

Polyanin and Manzhirov, *Handbook of Mathematics for Engineers and Scientists*, at 1061 (2007) (Marvell Exh. 36)

### 2.3.2 Correlation and Covariance

> Two random variables are said to be *uncorrelated* if $E(X_i X_j) = E(X_i)E(X_j) = m_i m_j$. In that case, the covariance $\mu_{ij} = 0$. We note that when $X_i$

John G. Proakis, *Digital Communications*, at 35 (3d ed. 1995) (Marvell Exh. 35); *See also* Proakis Decl. at ¶¶ 42-43

The second joint *centralized* moment is called the *covariance*, and is denoted by $K_{XY}$:

$$K_{XY} \triangleq E\{(X - m_X)(Y - m_Y)\}. \quad (2.21)$$

It is easily shown (exercise 3) that

$$K_{XY} \equiv R_{XY} - m_X m_Y. \quad (2.22)$$

The correlation and covariance are each important measures of the interdependence of two random variables. If

$$K_{XY} = 0, \quad (2.23)$$

then $X$ and $Y$ are said to be *uncorrelated*. This terminology results from the fact that $K_{XY}/\sigma_X \sigma_Y$ is referred to as the *correlation coefficient*. If

Gardner, *Introduction to Random Processes with Applications to Signals and Systems*, at 32-33 (1986) (Marvell Exh. 24)

57

# CMU's Arguments Fail

- CMU's construction is grounded in its incorrect construction of correlation.

- CMU's list of examples from the specification is not helpful and improper.

   - "[A]lthough the specification often describes very specific embodiments of the invention, we have repeatedly warned against confining the claims to those embodiments." *Phillips*, 415 F.3d at 1323.

   - "This Court has cautioned against limiting the claimed invention to preferred embodiments or specific examples in the specification." *Texas Instruments, Inc. v. U.S. Int'l Trade Comm'n*, 805 F.2d 1558, 1563 (Fed. Cir. 1986).

58