# 7. Signal-Dependent Branch Metric Function

# Signal-Dependent Branch Metric Function

| Claim Term | CMU's Construction | Marvell's Construction |
|---|---|---|
| signal-dependent branch metric function<br><br>'839 Patent Claims 3 and 4<br>'180 Patent Claim 2 | a "branch metric function" that accounts for the signal-dependant structure of the media noise.<br><br>CMU Brf. at 32 | a "branch metric function" that accounts for "signal-dependent noise."<br><br>Marvell Brf. at 35-36 |

- The Dispute:
  - Does "signal-dependent branch metric function" have its ordinary meaning (Marvell) or should it be limited to a particular type of noise (media noise) found in magnetic recording (CMU)?

68

# No Further Construction Necessary

- Where "the ordinary meaning of claim language as understood by a person of skill in the art may be readily apparent even to lay judges, [ ] claim construction in such cases involves little more than the application of the widely accepted meaning of commonly understood words."

  *Phillips*, 415 F.3d at 1314.

  - Jury will be instructed on agreed-to meanings:
    - "signal sample" means "a value of a signal at a certain point in time."
    - "branch metric function" means "a mathematical function for determining a 'branch metric value' for a 'branch.'"
    - "noise" means "an unwanted disturbance in a signal."

    Joint Agreed Terms (Dkt. 74)

  - "dependent" is well-known
  - "Signal Dependent Branch Metric Function" thus means "a branch metric function that accounts for signal-dependent noise"

69

# CMU's "Media Noise" Argument Fails

- Claimed method not limited to magnetic recording
- Method refers to a generic set of signal-dependent branch metric functions

> 4. **A method of determining branch metric values** for branches of a trellis for a Viterbi-like detector, comprising: selecting a branch metric function for each of the branches at a certain time index from a set of **signal-dependent branch metric functions**; and
>
> applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

'839 Patent Claim 4; *see also* '839 Patent Claim 3, '180 Patent Claim 2

70

# CMU's "Media Noise" Argument Fails



> While the present invention has been described in conjunction with preferred embodiments thereof, many modifications and variations will be apparent to those of ordinary skill in the art. For example, **the present invention may be used to detect a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of symbols through a communications channel.** The foregoing description and the following claims are intended to cover all such modifications and variations.

'839 Patent 13:51-59

- "Signal dependent noise" is different in other communications channels

*See supra*, slides 61-66

71