# 8. Viterbi

# Viterbi [algorithm]

| Claim Term | CMU's Constructions | Marvell's Construction |
|---|---|---|
| Viterbi [algorithm]<br><br>'839 Patent Claims 1, 4, 11, 16, 19, 23 | an **iterative** algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis.  **CMU Brf. at 35-36 (CMU Reply at 10 n. 13)** | an algorithm that uses a trellis to perform sequence detection by<br>    calculating branch metrics for each branch of the trellis,<br>    comparing the accumulated branch metrics for extensions of retained paths leading to each node of the trellis at a given time,<br>    and for each node, retaining only the path having the best accumulated metric.  **Marvell Brf. at 36-40** |

- The Dispute:
  - Does "Viterbi [algorithm]" refer to a well-known signal-processing algorithm (Marvell) or does the term broadly cover any algorithm for determining the best path through a trellis (CMU)?

73

# Claim Language

- "Viterbi" in '839 Patent claim preambles

> 1. A method of determining branch metric values for branches of a trellis for a Virterbi-like detector, comprising:
> selecting a branch metric function for each of the branches at a certain time index; and
> applying each of said selected functions to a plurality of signal samples to determine the metric value corresponding to the branch for which the applied branch metric function was selected, wherein each sample corresponds to a different sampling time instant.

*See* '839 Patent Claims 1, 4, 11, 16, 19, 23

74

# Specification

- "Viterbi" Algorithm and Detectors

> A block diagram of a CS-MLSD detector circuit **28** is shown in FIG. **2**. The CS-MLSD detector circuit **28** is a part of the detector circuit **26** of FIG. **1**. The detector circuit **28** has a feedback circuit **32** which feeds back into a ==Viterbi-like detector== **30**. The outputs of the detector **30** are decisions and delayed signal samples, which are used by the feedback circuit **32**. A noise statistics tracker circuit **34** uses the delayed samples and detector decisions to update the noise statistics, i.e., to update the noise covariance matrices. A metric computation update circuit **36** uses the updated statistics to calculate the branch metrics needed in the ==Viterbi-like algorithm==. The algorithm does not require replacing current detectors. It simply adds two new blocks in the feedback loop to adaptively estimate the branch metrics used in the ==Viterbi-like detector== **30**.
>
> The ==Viterbi-like detector== **30** typically has a delay associated with it. Until the detector circuit **28** is initialized, signals of known values may be input and delayed signals are not output until the detector circuit **28** is initialized. In other types of detectors, the detector may be initialized by having the necessary values set.

'839 Patent 3:29-50

75

# Prosecution History

- ## Fitzpatrick Patent
  - ### Cited during prosecution

  > The Examiner rejected claims 1-10 and 27-29 as being anticipated by U.S. Patent No. 5,689,532 to Fitzpatrick. Applicants have herein cancelled claim 29. The Examiner

  6/12/00 Amdt. at 8, '839 Patent File History
  (Marvell Exh. 22)

  - ### Explicitly describes the Viterbi Algorithm

  **United States Patent** [19]    [11] **Patent Number:** 5,689,532
  **Fitzpatrick**    [45] **Date of Patent:** *Nov. 18, 1997

  > distributed Gaussian noise with zero mean. The Viterbi algorithm is an iterative process of keeping track of the path with the smallest accumulated metric leading to each state in the trellis. The metrics of all of the paths leading into a particular state are calculated and compared. Then, the path with the smallest metric is selected as the survivor path. In this manner all paths which can not be part of the minimum metric path through the trellis are systematically eliminated.

  

  U.S. Patent No. 5,689,532 7:64-8:4
  (Marvell Exh. 37)

76

# Prosecution History

- ## Marvell Includes all Viterbi Algorithm steps

**Marvell's Construction**

an algorithm that uses a trellis to perform sequence detection by
 calculating branch metrics for each branch of the trellis,
 comparing the accumulated branch metrics for extensions of retained paths leading to each node of the trellis at a given time,
 and for each node, retaining only the path having the best accumulated metric.

**Marvell Brf. at 36-40**

> distributed Gaussian noise with zero mean. The Viterbi algorithm is an iterative process of keeping track of the path with the smallest accumulated metric leading to each state in the trellis. The metrics of all of the paths leading into a particular state are calculated and compared. Then, the path with the smallest metric is selected as the survivor path. In this manner all paths which can not be part of the minimum metric path through the trellis are systematically eliminated.

U.S. Patent No. 5,689,532 7:64-8:4
(Marvell Exh. 37)

▶ *See also* Proakis Decl. at ¶¶ 48-49.

77

# Prof. McLaughlin's Three-Step Viterbi Algorithm

- Prof. McLaughlin at Tutorial: "accumulating values … by doing a very simple, what's called [add] compare/select.

  **"Add"** means I'm going to add what was along this branch with what it is I had before.

  **"Compare"** means I'm going to pick the one that's smallest, and I'm going to compare it,

  which one is smallest, and **selecting** so that I, in a very efficient way, instead of exhaustively searching all the paths in the disk, I have a systematic way of standing here and moving stage, by stage, and stage, and at the end, what I picked is the one that has the overall smallest cost."

  **Marvell's Construction**

  an algorithm that uses a trellis to perform sequence detection by
   calculating branch metrics for each branch of the trellis, comparing the accumulated branch metrics for extensions of retained paths leading to each node of the trellis at a given time,
   and for each node, retaining only the path having the best accumulated metric.

  **Marvell Brf. at 36-40**

  Tutorial 4/7/10 Tr. 74:3-13

- None of these steps are in CMU's construction

77A

# Background: Technology Tutorials



78

# CMU's Construction Fails

- ## CMU claims to rely on the Fitzpatrick patent

  > and all possible sequences of noiseless samples. **The Viterbi algorithm is an iterative algorithm for** ~~determining the minimum metric~~ **path through a trellis**, where ~~the metric in this case is the squared Euclidean distance.~~ During each clock cycle, an EPR4 Viterbi detector ~~updates eight state metrics and selects one survivor path for each of the eight states. The survivor path represents the minimum metric~~

  CMU Brf. at 36

  U.S. Patent No. 5,689,532 2:35-41
  (Marvell Exh. 37)

- ## But CMU fails to include:

  - ### Calculating branch metrics
    - Kavcic called this "the key component"

    > **The key component of the Viterbi algorithm is the computation of the branch metric.** A *branch* is defined as a

    Kavcic, *The Read Channel*, Proc. IEEE, Vol. 96 No. 11, at 1765 (2008)
    (Marvell Exh. 21)

  - ### Also omits comparing metrics and retaining best path

# CMU's "Viterbi-like" Arguments Fail

- CMU argues that "a '*Viterbi-like*' detector does not need to calculate the branch metric for every branch." CMU Brf. at 37

- Fails for Two Reasons:
  1. Parties agreed that "Viterbi-like" means "similar to and including the 'Viterbi algorithm.'" [Dkt. 74]
  2. The Viterbi Algorithm calculates metrics for each branch

> distributed Gaussian noise with zero mean. The Viterbi algorithm is an iterative process of keeping track of the path with the smallest accumulated metric leading to each state in the trellis. **The metrics of all of the paths leading into a particular state are calculated and compared.** Then, the path with the smallest metric is selected as the survivor path. In this manner all paths which can not be part of the minimum metric path through the trellis are systematically eliminated.

U.S. Patent No. 5,689,532 7:64-8:4 (Marvell Exh. 37)

> Sequential decoding is a sub-obtimal but computationally efficient technique for decoding trellis based codes (esp. convolutional codes) [7], [8]. This technique searches through the trellis of the encoder efficiently to produce the most probable path. **The Viterbi algorithm, on the other hand, searches through all the states in the trellis**, and has exponential complexity with increasing constraint lengths of the encoder. The BCJR [9] decoder generates *a posteriori* probabilities for trellis based codes, but is at least twice as complex as the Viterbi decoder.

McLaughlin, *Sequential Turbo* Decoding, 36 IEEE Trans/ Magn/ at 2179 (2000) (Marvell Exh. 40)

80

# CMU's Construction Goes "Beyond Viterbi-like"

- CMU's construction encompasses any trellis-based algorithm

- The '180 Patent describes "beyond Viterbi-like:"

> The teachings of the present invention **can be extended beyond Viterbi-like detectors** to apply to turbo decoders, soft-decision detectors, and detectors utilizing the Viterbi algorithm, the BCJR algorithm, the Soft-Output Viterbi Algorithm (SOVA), and other similar algorithms.

'180 Patent 14:9-13

▸ CMU's construction improperly covers some of these sequence detection algorithms

81