# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>      Plaintiff,<br>  v.<br><br>MARVELL TECHNOLOGY GROUP, LTD.,<br>and MARVELL SEMICONDUCTOR, INC.,<br><br>      Defendants. | Civil Action No. 2:09-cv-00290-NBF |

## MARVELL'S MOTION FOR
## JUDGMENT AS A MATTER OF LAW OF NO WILLFUL INFRINGEMENT

Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. (collectively, "Marvell") respectfully move the Court pursuant to Federal Rule of Civil Procedure 50(a) for judgment as a matter of law of no willful infringement.  For the reasons stated in Marvell's Memorandum of Law in Support of this Motion for Judgment as a Matter of Law filed simultaneously herewith, the Court should grant Marvell judgment on CMU's claim of no willful infringement under Rule 50(a) and enter the proposed order attached hereto.

Dated:  December 11, 2012                      Respectfully submitted,

   /s/   John E. Hall                                  /s/   Edward J. DeFranco

| | |
|---|---|
| John E. Hall | Edward J. DeFranco  (*pro hac vice*) |
| Timothy P. Ryan | Faith Gay  (*pro hac vice*) |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | Raymond Nimrod  (*pro hac vice*) |
| | David Radulescu  (*pro hac vice*) |
| U.S. Steel Tower | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 600 Grant Street, 44th Floor | 51 Madison Avenue, 22nd Floor |
| Pittsburgh, PA 15219 | New York, New York 10010 |
| Phone: (412) 566-6000 | Phone: (212) 849-7000 |
| Fax: (412) 566-6099 | Fax: (212) 849-7100 |
| jhall@eckertseamans.com | eddefranco@quinnemanuel.com |
| tryan@eckertseamans com | |
| | Steven G. Madison  (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| | Phone: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | stevemadison@quinnemanuel.com |
| | |
| | Kevin P.B. Johnson  (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 555 Twin Dolphin Drive., 5th Floor |
| | Redwood Shores, California 94065 |
| | Phone: (650) 801-5000 |
| | Fax: (650) 801-5100 |
| | kevinjohnson@quinnemanuel.com |
| | |
| | *Attorneys for Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2012, the foregoing was filed electronically on ECF. I also hereby certify that on December 11, 2012, this filing will also be served on counsel for CMU by electronic mail.

        /s/   John E. Hall

John E. Hall
Timothy P. Ryan
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
Fax: (412) 566-6099
jhall@eckertseamans.com
tryan@eckertseamans com

David C. Radulescu (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Telephone
(212) 849-7100 Facsimile
davidradulescu@quinnemanuel.com

*Attorneys for Defendants,*
*Marvell Technology Group, Ltd. and*
*Marvell Semiconductor, Inc.*