AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  PENNSYLVANIA

CARNEGIE MELLON UNIVERSITY
V.
MARVELL TECHNOLOGY GROUP, LTD.,
and MARVELL SEMICONDUCTOR, INC.

**EXHIBIT LIST**

Case Number: C.A. 09-290

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| NORA BARRY FISCHER | | | DOUGLAS GREENSWAG, ESQ., et al. | EDWARD DEFRANCO, ESQ., et al. |
| TRIAL DATE(S) 11-28, 11-27, 11-28, 11-29, 11-30, 12-3, 12-4, 12-5, 12-6, 12-10, 12-11, 12-12, 12-13, 12-17, 12-18, 12-19, 12-20, 12-21, 12-26 | | | COURT REPORTER S. Hall; V. Pease | COURTROOM DEPUTY J. CALOVICH |

| JT. NO | PLF. NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | P-1 | | 11-28-12 | ✓ | ✓ | U.S. Patent No. 6,201,839. |
| | P2 | | 11-28-12 | ✓ | ✓ | U.S. Patent No. 6,438,180. |
| | P1912 | | 11-28-12 | ✓ | ✓ | Summary (via Stipulation) of Circuits |
| | P207 | | 11-28-12 | ✓ | ✓ | E-mail of 10-24-01 from Sheedy to Brennan |
| | P209 | | 11-28-12 | ✓ | ✓ | Presentation: Data Storage Product Planning Mtg |
| | P208 | | 11-28-12 | ✓ | ✓ | November 2000 Marvell Presentation |
| | P227 | | 11-28-12 | ✓ | ✓ | E-Mail Exchange between G. Burd + T. Doan |
| | P240 | | 11-28-12 | ✓ | ✓ | E-Mail From B. Cooper to N. Nazari (5-11-01) |
| | P279 | | 11-28-12 | ✓ | ✓ | E-Mail From G. Burd to T. Doan, K. Han |
| | P196 | | 11-28-12 | ✓ | ✓ | Lab Notebook Notebook No. 00083 |
| | P280 | | 11-28-12 | ✓ | ✓ | E-Mail from G. Burd to N. Nazan, T. Doan |
| | P283 | | 11-28-12 | ✓ | ✓ | E-Mail From G. Burd to T. Doan, et al |
| | P285 | | 11-28-12 | ✓ | ✓ | E-Mail From T. Doan to N. Nazan |
| | P304 | | 11-28-12 | ✓ | ✓ | E-Mail from N. Nazari to M. O'Dell |
| | P310 | | 11-28-12 | ✓ | ✓ | May, 2002 E-Mail Exchange |
| | P373 | | 11-28-12 | ✓ | ✓ | Marvell Presentation title Servo to Noise Media Process |
| | P320 | | 11-28-12 | ✓ | ✓ | E-Mail From M. O'Dell to B. Brennan |
| | P607 | | 11-28-12 | ✓ | ✓ | 2-6-07 E-Mail From G. Burd to N. Nazari |
| | P703 | | 11-28-12 | ✓ | ✓ | 8-8-08 E-Mail From P. Fang |
| | P770 | | 11-28-12 | ✓ | ✓ | 12-17-09 Marvell Presentation |
| | | DX-17 | 11-28-12 | ✓ | ✓ | CMU Magnetics Tech Ctr Assoc. Agreement |
| | | DX-39 | 11-28-12 | ✓ | ✓ | CMU DSSC Asso. Agreement — CMU/Seagate |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8 Pages

AO 187A (Rev. 7/87)  **EXHIBIT LIST -- CONTINUATION**

CASE NO. CA. NO. 09-290

CARNEGIE MELLON UNIVERSITY   vs.   MARVELL TECHNOLOGY GRP, et al.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | DX-40 | 11-28-12 | ✓ | ✓ | CMU/SSC Associates Agreement - CMU + Minnesota Mining |
|  | DX-187 | 11-28-12 | ✓ | ✓ | U.S. Patent No. 6,282,251 to Worrell |
|  | DX-210 | 11-28-12 | ✓ | ✓ | E-mail Re: "I Love WD" from J. Sheedy |
|  | DX-212 | 11-28-12 | ✓ | ✓ | E-mail From Kavcic to Moura Re. Patent |
|  | DX-213 | 11-28-12 | ✓ | ✓ | E-mail From B. White to Moura |
|  | DX-255 | 11-28-12 | ✓ | ✓ | Subscription Agreement - CMU + Intel |
|  | DX-262 | 11-28-12 | ✓ | ✓ | E-mail From R. Wooldridge to Akay, etc. |
|  | DX-264 | 11-28-12 | ✓ | ✓ | E-mail From R. Wooldridge to M. Vande Velde ea/ |
|  | DX-266 | 11-28-12 | ✓ | ✓ | U.S. Patent No. 6,931,585 to Burd, et al |
|  | DX-272 | 11-28-12 | ✓ | ✓ | Spreadsheet - Highly Speculative Streams |
|  | DX-287 | 11-28-12 | ✓ | ✓ | U.S. Patent No. 7,155,660 to Burd |
|  | DX-310 | 11-28-12 | ✓ | ✓ | Article: The Read Channel |
|  | DX-419 | 11-28-12 | ✓ | ✓ | La Jolla Feature List |
|  | DX-1023 | 11-28-12 | ✓ | ✓ | E-mail From A. Kavcic to N. Nazari |
|  | DX-1086 | 11-28-12 | ✓ | ✓ | Provisional Application 60/345,725 |
|  | DX-1522 | 11-28-12 | ✓ |  | Moura handwritten notes |
|  | DX-18 | 11-28-12 | ✓ | ✓ | CMU Intellectual Property Policy |
|  | DX-1338 | 11-28-12 | ✓ | ✓ | Link re "Marvell Pate..." |
| P431 |  | 11-28-12 | ✓ |  | Letter to M. Glass from C. Manter 8-5-2003 |
|  |  |  |  |  | ~~...~~ |
| P158 |  | 11-29-12 | ✓ | ✓ | 3/10/1997 Correspondence re: disclosure of invention to M. Coticchia |
| P169 |  | 11-29-12 | ✓ | ✓ | May 1998 Article by Kavcic/Moura "Correlation-Sensitive..." |
| P183 |  | 11-29-12 | ✓ | ✓ | Jan 2000 Art. by Kavcic/Moura Viterbi Algorithm & Mehcn... |
|  | DX 214 | 11-29-12 | ✓ | ✓ | Email 4/3/03 Moura to Kavcic re: Moura-Kavcic Algorithm |
|  | DX 1522 | 11-29-12 | ✓ | ✓ | 5/16/01 handwritten notes of Dr. Moura |
|  | DX 212 | 11-29-12 | ✓ | ✓ | Email from Kavcic to Moura re: Patent (already admitted) |

Page 2 of 8 Pages

AO 187A (Rev. 7/87)   **EXHIBIT LIST – CONTINUATION**

CASE NO. CA. NO. 09-290

CARNEGIE MELLON UNIVERSITY    vs.    MARVELL TECHNOLOGY GRP, et al.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX 246 | 11-29-12 | ✓ | ✓ | 7/6/04 Email from Kavcic to Moura re: need to talk to you |
| | DX 306 | 11-29-12 | ✓ | ✓ | 6/08 Email from Kavcic to Moura et al. |
| | DX 263 | 11-29-12 | ✓ | ✓ | 1/15/05 Email from Kavcic to Moura |
| | DX 337 | 11-29-12 | ✓ | | Print out of Moura 2012 website |
| 321 | DX 324 | 11-29-12 | ✓ | | Print out of Moura 2010 website |
| | DP 1 | 11-29-12 | ✓ | ✓ | # 88 ± 63 400 MNP – Physical Exhibit 1 |
| | DP 2 | 11-29-12 | ✓ | ✓ | # 237 63 13 – Physical Exhibit 2 |
| | DX 189 | 11-30-12 | ✓ | ✓ | 10/8/01 email from Kavcic to Moura, H. Mendez |
| | DX 1023 | 11-30-12 | ✓ | | (Already in evidence) |
| | DX 4 | 11-30-12 | ✓ | | Article: Target ISI length by Kavcic (Portion adm. He) |
| P 422 | | 11-30-12 | ✓ | ✓ | 8/5/03 Letter from CMU (Mehler) to Marvell (Sutard)(?) |
| | DX 1390 | 11-30-12 | ✓ | ✓ | Kavcic Ex 27 code |
| | DX 63 | 11-30-12 | ✓ | ✓ | Article: Matched Model Detection in HD Recording by Kavcic |
| P 377 | | 11-30-12 | ✓ | ✓ | 3/1/03 March 2003 email exchange b/w Wu + Kavcic |
| P 344 | | 11-30-12 | ✓ | ✓ | Email from B. Cooper re N. Ilazari |
| P 397 | | 11-30-12 | ✓ | ✓ | Board of Directors Mtg. Data Storage Marketing 3/19-02 |
| P 240 | | 11-30-12 | ✓ | ✓ | – Already Admitted 11-28-12 |
| P 331 | | 11-30-12 | ✓ | ✓ | Data Storage Weekly Status Rpt. 8-12-02 |
| P 333 | | 11-30-12 | ✓ | ✓ | Data Storage Weekly Status Rpt. 8-19-02 |
| P 93 | | 12-3-12 | ✓ | ✓ | KavcicViterbi.cpp |
| P 110 | | 12-3-12 | ✓ | ✓ | KavcicPP.cpp |
| P 368 | | 12-3-12 | ✓ | ✓ | Email re: Usage Instructions dated 1-21-03 |
| P 472 | | 12-3-12 | | ✓ | 88C7500M v.2.0 Trellis Code Noise Projection Chip Strip (Dkt. 193) |
| P 823 | | 12-3-12 | ✓ | ✓ | |
| P 408 | | 12-3-12 | ✓ | ✓ | Media Noise Processor by G. Burd |
| P 366 | | 12-3-12 | ✓ | ✓ | Email from Z. Ning Wu to T. Dean (1-10-03) |
| P 596 | | 12-3-12 | ✓ | ✓ | Nonlinear Viterbi Detector App. Note (12-13-06) |

Page 3 of 8 Pages

AO 187A (Rev. 7/87)    **EXHIBIT LIST – CONTINUATION**

CARNEGIE MELLON UNIVERSITY vs. MARVELL TECHNOLOGY GRP, et al.    CASE NO. CA. NO. 09-290

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P-106 | | 12-3-12 | ✓ | ✓ | NLViterbi.cpp |
| P-99 | | 12-3-12 | ✓ | ✓ | mnpBank.cpp |
| P-89 | | 12-3-12 | ✓ | ✓ | emnpBank.cpp |
| ~~P-~~ | | | | | ~~(struck through)~~ |
| P-527 | | 12-3-12 | ✓ | ✓ | Marvell presentation-Analysis-Design Viterbi Detector |
| P-341 | | 12-3-12 | ✓ | ✓ | E-Mail dated 9-19-07 |
| P-1918 | | 12-3-12 | ✓ | ✓ | "Marvell Instructs its Customer How to Use Accused MNP+NLD Chips in Infringing Modes" |
| P-1919 | | | ✓ | | "Programming Instructions for NLD Mode" |
| P-1914 | | 12-3-12 | ✓ | ✓ | Summary of "Bunch of E-Mails" |
| P-1915 | | 12-3-12 | ✓ | ✓ | Summary of info. on NLD Type Chips |
| P-730 | | 12-3-12 | ✓ | ✓ | STG_YUKON Channel Parameter File |
| P-1913 | | 12-3-12 | ✓ | ✓ | Firmware Summary Chart (MNP Type Chips) |
| P-278 | | 12-3-12 | ✓ | ✓ | 12-28-01 E-Mail from G. Burd to T. Pann, et al. |
| P-205 | | 12-3-12 | ✓ | ✓ | 10-13-00 E-Mail to A. Vityaev, et al / Ean N. Nazari |
| P-253 | | 12-3-12 | ✓ | ✓ | Non-Linear Single Bit Post Processor by G. Burd |
| P-1084 | | 12-3-12 | ✓ | ✓ | havocBank.cpp |
| P-932 | | 12-3-12 | ✓ | ✓ | 88i9045 R2.0 Internal / New Video Registry |
| P-314 | | 12-4-12 | ✓ | ✓ | presentation channel technology meeting WD/Marvell dated 6-7-02 |
| P-328 | | 12-4-12 | | | E-mail from Masa Ohawa to Bill Brennan (8-1-02) |
| P-406 | | 12-4-12 | ✓ | | E-Mail from S. Hnang to Z. Wu, et al. |
| P-1916 | | 12-4-12 | ✓ | | Use of MNP-Type Chips or Simulators chart |
| P-1917 | | 12-4-12 | ✓ | | Chart-Use of NLD Types Chips or Simulators |
| P-1920 | | 12-4-12 | ✓ | | Chart-Marvell's Instructions/Recommendations Re NLD Chips |
| P-1922 | | 12-4-12 | ✓ | | Chart-Marvell's Instructions/Recommendations Re NLD Chips |
| P-506 | | 12-4-12 | ✓ | ✓ | E-Mail From T. Tran to T. Guon, et al. |
| P-198 | | 12-4-12 | ✓ | | 6-23-00 Marvell Tech. Group Ltd. S-1 Registration Statement |

Page 4 of 8 Pages

AO 187A (Rev. 7/87)     **EXHIBIT LIST – CONTINUATION**

CARNEGIE MELLON UNIVERSITY   vs.   MARVELL TECHNOLOGY GRP, et al.     CASE NO. CA. NO. 09-290

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P-503 | | 12-4-12 | ✓ | ✓ | E-Mail Re: Summary of Samsung Mtg. (2-1-07) |
| P-563 | | 12-4-12 | ✓ | ✓ | Nonlinear Viterbi Design Specifications by H. Song (5-9-00) |
| P-289 | | 12-4-12 | ✓ | ✓ | E-Mail From G. Burd to T. Dong, et al. (1-18-02) |
| P-308 | | 12-4-12 | ✓ | ✓ | Outline Re: Detection in Presence (Media Noise) (5-7-02) |
| | DX-231 | 12-4-12 | ✓ | ✓ | Letter from C. Mahler to H. Kurokawa |
| | DX-235 | 12-4-12 | ✓ | ✓ | Letter from C. Mahler to P. Alexopoulos |
| | DX-230 | 12-4-12 | ✓ | ✓ | Letter from C. Mahler re Hah Soo-Lee |
| | DX-226 | 12-4-12 | ✓ | ✓ | CMU Letter to Western Digital |
| | DX-229 | 12-4-12 | ✓ | ✓ | CMU Letter to Hitachi |
| | DX-225 | 12-4-12 | ✓ | ✓ | CMU Letter to Toshiba |
| P-306 | | | | | Data Storage Weekly Status Rpt. |
| P-851 | | | ✓ | | Schedule 2.4 [illegible] |
| | DX-218 | | ✓ | ✓ | Email Re: "La Jolla A.I." from Brad Cooper and attachments on La Jolla Team List |
| | DX-1537 | | ✓ | ✓ | Marvell Data Storage Weekly Status Rpt. for week ending 6-11-03 |
| P-897 | | | ✓ | ✓ | E-mail from M. O'Dell to B. Brennan + P. Yasuda |
| | DX-1141 | | ✓ | ✓ | Toshiba / HGST Concerns |
| P-730 | | | ✓ | ✓ | Ref: In Yeo Depo – Yukon [illegible] File |
| P-729 | | | | | Ref: In Yeo Depo – STG-ABTC Channel Param Etc |
| P-728 | | | ✓ | ✓ | Ref: In Yeo Depo – PLUTC Channel Param File |
| P-758 | | | ✓ | ✓ | Ref: In Yeo Depo – 88,9045 PZO – Specification |
| P-648 | | | ✓ | ✓ | Ref: In Yeo Depo – Yosemite Channel Param File |
| P-571 | | | ✓ | ✓ | Ref: In Yeo Depo – Aries Channel Param File |
| P-633 | | | | ✓ | Ref: In Yeo Depo – McKinley Channel Param File |
| P-710 | | | ✓ | ✓ | Ref: In Yeo Depo – E-Mail from Wing |
| P-529 | | | ✓ | ✓ | Ref: In Yeo Depo – Marvell Presentation |

Page 5 of 8 Pages

AO 187A (Rev. 7/87)   **EXHIBIT LIST – CONTINUATION**

CASE NO. CA. NO. 09-290
CARNEGIE MELLON UNIVERSITY vs. MARVELL TECHNOLOGY GRP, et al.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P-1133 | | 12-5-12 | ✓ | ✓ | National Science + Technology Strategies in a Global Context, Rpt of an Int'l Symposium, etc. |
| P-161 | | 12-5-12 | ✓ | ✓ | E-mail exchange between M. Kryder + C. Porter (4-29-97) |
| | DX 1602 | 12-5-12 | ✓ | ✓ | Marvell Seagate Design Review |
| | DX 182 | 12-5-12 | ✓ | | DSSC Letter to Seagate |
| | PX 1601 | 12-5-12 | ✓ | ✓ | Article – Interview of Dr. Kryder – Swenson Innovation Transfer Center Annual (American) |
| | DX 1084 | | ✓ | | Rpt for Fiscal Year 2002 |
| | DX 227 | 12-5-12 | ✓ | ✓ | Letter from C. Mahler re A. Takashima |
| | DX 229 | 12-5-12 | ✓ | ✓ | Letter from C. Mahler to Dr. P. Baird |
| | DX 232 | 12-5-12 | ✓ | ✓ | Letter from C. Mahler to I. Kamam |
| | DX 233 | 12-5-12 | ✓ | ✓ | Letter from C. Mahler to J. Best |
| | DX 234 | 12-5-12 | ✓ | ✓ | Letter from C. Mahler to P. Alexopoulos |
| | DX 1523 | 12-5-12 | ✓ | ✓ | Letter from Mahler to Alexis Lee: Re: Patent License |
| P-431 | | 12-5-12 | ✓ | ✓ | Letter from C. Mahler to M. Gloss |
| | DX 1604 | 12-5-12 | ✓ | ✓ | Letter dated 7-7-95 to C. Christiano |
| | DX 350 | 12-18-12 | ✓ | ✓ | CMU University Missions (Refused 12-18-12) |
| | DX 1605 | 12-5-12 | ✓ | ✓ | CMU Policies/Procedures |
| | DX 273 | | | | E-mail from R. Wooldridge re C. Mahler re Height Specularity v. C. 1-1606-2 Ls |
| | DX 299 | 12-5-12 | ✓ | ✓ | E-mail from B. Mulholland to D. Jesionowsky, etc. |
| | DX 1552 | 12-5-12 | ✓ | ✓ | E-mail from R. Wooldridge re B. Mulholland email |
| | DX 305 | 12-5-12 | ✓ | ✓ | E-mail from T. Bransjad to R. Wooldridge |
| | DX 1606 | 12-5-12 | ✓ | ✓ | Letter to Dr. Christiano dated 11-11-93 |
| P-198 | | | | | From Armstrong Video Depo – no potential |
| P-220 | | 12-5-12 | ✓ | ✓ | From Armstrong Video Depo – Marvell Press Review |
| P-651 | | 12-5-12 | ✓ | ✓ | From Armstrong Video Depo – News release 6-17-10 |
| P-77 | | 12-5-12 | ✓ | ✓ | From Armstrong Video Depo – Letter re Marvell from J. Sumanai |
| P-197 | | 12-5-12 | ✓ | ✓ | From Armstrong Video Depo – License Agreement 4-18-00 |

Page  6  of  8  Pages

AO 187A (Rev. 7/87)   **EXHIBIT LIST – CONTINUATION**

CASE NO. CA. NO. 09-290

CARNEGIE MELLON UNIVERSITY   vs.   MARVELL TECHNOLOGY GRP, et al.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P 1270 | | 12-7-12 | ✓ | ✓ | Marvell Presentation: Board of Directors meeting; Data Storage Sales (12-4-00) |
| P 267 | | 12-7-12 | ✓ | ✓ | October 21, 2001 Data Storage Weekly Status Rpt. |
| P 935 | | 12-7-12 | ✓ | ✓ | Board of Directors Mtg. Rpt. (8-2001) |
| P 358 | | | | | Marvell Presentation titled "IBM Engineering" |
| P 1204 | | 12-7-12 | ✓ | ✓ | Marvell Presentation "Marvell + IMC Data Storage" |
| P 218 | | 12-7-12 | ✓ | ✓ | Marvell Presentation: Seagate Quarterly Review |
| P 988 | | 12-7-12 | ✓ | ✓ | Stipulation of Counsel (12-2-12) |
| P 433 | | 12-10-12 | ✓ | ✓ | Data Storage Weekly Status Report for week ending 8-8-03 |
| P 281 | | 12-10-12 | ✓ | ✓ | From T. Doan Depo - Email from G. Burd (1-3-02) |
| P 938 | | 12-11-12 | ✓ | ✓ | Stipulation of Counsel (Read into record by G.) |
| P 295 | | 12-11-12 | ✓ | ✓ | Marvell Presentation - C5575M/C7500M Media Noise Detector Design Review |
| P 1701 | | 12-11-12 | ✓ | ✓ | Signal Processing Update (6-20-07) |
| P 363 | | 12-11-12 | ✓ | | Email from B. Copper to M. Madden (12-20-02) |
| P 919 | | 12-11-12 | ✓ | ✓ | Data Weekly Status Rpt. Sales |
| P 36 | | | | | Marvell Presentation - "High Performance Silicon Solutions for Broadband Comm's - Applications" |
| | DX 1511 | 12-11-12 | ✓ | ✓ | Marvell Corporation Update (pgs. 1010555 + 1010566) |
| | DX 1535 | 12-11-12 | ✓ | ✓ | HGST/Marvell Technology Mtg (3-19-03) |
| | DX 1528 | 12-11-12 | ✓ | ✓ | Marvell Presentation Entering PRC Channel Mkt; Seagate - ESG/Marvell |
| | DX 1554 | 12-11-12 | ✓ | ✓ | Marvell Presentation - Signal Processing Update (1981955 + 1981956) |
| | DX 1571 | 12-11-12 | ✓ | ✓ | SCC Product Technology Update Hitachi Presentation |
| | DX 193 | 12-11-12 | ✓ | ✓ | C5575M/C7500M Media Noise Detector Design Review (pss 5-13) |
| | DX 37 | 12-11-12 | ✓ | ✓ | Lee + Cioffi "Performance Analysis" Paper |
| | DX 38 | 12-11-12 | ✓ | ✓ | Zeng + Moon "Modified Viterbi Algorithm" |
| P 857 | | 12-12-12 | ✓ | | Pages from website of Mr. Hoffman |
| | DX 1607 | 12-12-12 | ✓ | ✓ | List of matters reviewed by Mr. Hoffman |
| P 829 | | 12-12-12 | ✓ | | Article by Creighton Hoffman w/ P. Green |

AO 187A (Rev. 7/87)

**EXHIBIT LIST – CONTINUATION**

CARNEGIE MELLON UNIVERSITY   vs.   MARVELL TECHNOLOGY GRP, et al.   CASE NO. CA. NO. 09-290

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX-1608 | 12-13-12 | ✓ | | Report of Mr. Hofmann - Revised Non Accused "Exhibit F Price Comparison of Products" |
| | DX-1609 | 12-13-12 | ✓ | | Exhibit G to Mr. Hofmann's Rpt. - Exh. E - "Product Volume" |
| | DX-1610 | 12-13-12 | ✓ | ✓ | Chart of Ms. Lawton - (Schedule 38) |
| | DX-185 | 12-13-12 | ✓ | ✓ | PSSC Letter to IBM |
| | DX-1559 | 12-13-12 | ✓ | ✓ | Email from S. Lin to C. Vance, et al (5-1-03) |
| | DX-1550 | 12-13-12 | ✓ | ✓ | Email Attachment - g3mnpgain.xls |
| P-882 | | 12-13-12 | ✓ | ✓ | Email From N. Nazari to T. Bogni |
| P-950 | | | | | was not identified |
| P-925 | | | ✓ | | Expert Rpt. of R. Blahut |
| | DX-340 | 12-17-12 | ✓ | ✓ | File History of U.S. Patent No. 6,201,839 |
| | DX-341 | 12-17-12 | ✓ | ✓ | File History of U.S. Patent No. 6,438,180 |
| | DX-1060 | 12-17-12 | ✓ | ✓ | E-mail from G. Burd to T. Qian |
| | DX-1075 | 12-17-12 | ✓ | ✓ | Burd, Media Noise Post Processor |
| | DX-1079 | 12-17-12 | ✓ | | E-mail from G. Burd to Nazari re: Med. Noise Proc. |
| P-872 | | | | | File History for U.S. Patent Nr. 6,731,585 Reg. Ex. |
| P-198 | | 12-19-12 | ✓ | ✓ | G-23 CW Regis. Statement |
| | | 12-19-12 | ✓ | ✓ | Joint Exhibit A Transcript of Depo. Designations of William Brennan (played 11-30-12) |
| | | 12-19-12 | ✓ | ✓ | Joint Exhibit B: Transcript of Depo. Designation of Tek Yeo (played 12-4-12) |
| | | 12-19-12 | ✓ | | Joint Exhibit C: Transcript of Depo. Designation of Alan Armstrong (played 12-5-12) |
| | | 12-19-12 | ✓ | ✓ | Joint Exhibit D-1: Transcript of Depo. Designation of Toai Doan (played 12-10-12) |
| | | 12-19-12 | ✓ | ✓ | Joint Exhibit D-2: Transcript of Depo. Designations of Toai Doan (played 12-10-12) |