### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MARVELL TECHNOLOGY GROUP, LTD.  )<br>et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 09-290<br>Judge Nora Barry Fischer |

## ORDER OF THE COURT

AND NOW, this 2nd day of January, 2013, upon consideration of the parties' joint status report (Docket No. 766),

IT IS HEREBY ORDERED that the parties will submit a joint proposed form of judgment by **January 9, 2013 at 5:00 p.m.**

*/s Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record.