## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:09-cv-00290-NBF |
| | ) | |
| MARVELL TECHNOLOGY GROUP, LTD., | ) | |
| and MARVELL SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT ON JURY VERDICT

This action was tried before a jury, and the jury rendered a verdict on December 26, 2012. Dkt. 762.

**AND NOW**, this 14th day of January 2013, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's verdict, the Court hereby enters judgment for Plaintiff Carnegie Mellon University and against Defendants Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. for infringement of claim 4 of U.S. Patent No. 6,201,839 B1 and claim 2 of U.S. Patent No. 6,438,180 B1 (the "Patents").

**IT IS THEREFORE ORDERED** that Plaintiff shall have and recover from Defendants the total sum of $1,169,140,271, as reflected in the jury's verdict.

**IT IS FURTHER ORDERED** that Defendant Marvell Semiconductor, Inc.'s counterclaims for declaratory judgment of non-infringement and invalidity of the Patents are dismissed with prejudice.

Based on the parties' post-verdict Joint Status Report (Dkt. 766), the Court is aware that the parties intend to file post-trial motions that, if granted, may require modification of the foregoing judgment. Under the Federal Rules of Civil Procedure and the Federal Rules of Appellate

Procedure, the timely filing of certain of these motions under the Court's December 26, 2012

scheduling order (Dkt. 763) (under that order, all such motions including Carnegie Mellon

University's motion for attorneys' fees, must be filed by February 11, 2013) will postpone any

obligation to file a Notice of Appeal under Fed. R. App. P. 4(a)(4) or to seek approval of any bond

pending appeal under Fed. R. Civ. P. 62(d) until after the Court resolves such motions.

BY THE COURT:

Nora Berry Fischer
United States District Judge

Dated: January 14, 2013