**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARVELL TECHNOLOGY GROUP, LTD.<br>and MARVELL SEMICONDUCTOR, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:09-cv-00290-NBF<br><br>Hon. Nora B. Fischer |

**MARVELL'S MOTION FOR JUDGMENT
<u>ON LACHES</u>**

Defendants Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. (collectively, "Marvell") hereby respectfully move the Court pursuant to Fed. R. Civ. P. 52(c) for judgment as a matter of law that pre-suit damages claimed by Plaintiff Carnegie Mellon University ("CMU") in this case are barred by laches.  For the reasons stated in Marvell's Memorandum in Support of its Motion for Judgment on Laches, Marvell's Proposed Findings of Fact and Conclusions of Law on Laches, Affidavit of Sehat Sutardja, and Affidavit of Zining Wu, all filed simultaneously herewith, the trial record, all pleadings and papers on file in this action, such matters as are subject to judicial notice, and all other matters or arguments that may be presented with this motion, the Court should grant Marvell's motion and enter the proposed order attached hereto.

Dated:  February 11, 2013   Respectfully submitted,

   /s/   John E. Hall         /s/   Edward J. DeFranco

John E. Hall
Timothy P. Ryan
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
Fax: (412) 566-6099
jhall@eckertseamans.com
tryan@eckertseamans com

Edward J. DeFranco  (*pro hac vice*)
Kathleen M. Sullivan  (*pro hac vice)*
Faith Gay  (*pro hac vice*)
Raymond Nimrod  (*pro hac vice*)
David Radulescu  (*pro hac vice*)
Derek L. Shaffer  (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
eddefranco@quinnemanuel.com

Steven G. Madison  (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
stevemadison@quinnemanuel.com

Kevin P.B. Johnson  (*pro hac vice*)

2

Melissa Baily  (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive., 5th Floor
Redwood Shores, California 94065
Phone: (650) 801-5000
Fax: (650) 801-5100
kevinjohnson@quinnemanuel.com

*Attorneys for Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, the foregoing was filed electronically on ECF. I also hereby certify that on February 11, 2013, this filing will also be served on counsel for CMU by electronic mail.

/s/   John E. Hall

John E. Hall
Timothy P. Ryan
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
Fax: (412) 566-6099
jhall@eckertseamans.com
tryan@eckertseamans com

David C. Radulescu (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Telephone
(212) 849-7100 Facsimile
davidradulescu@quinnemanuel.com

*Attorneys for Defendants,*
*Marvell Technology Group, Ltd. and*
*Marvell Semiconductor, Inc*