IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>MARVELL TECHNOLOGY GROUP, LTD.   )<br>et al.,   )<br>)<br>Defendants.   ) | Civil Action No. 09-290<br>Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 29th day of March, 2013, upon consideration of Defendants' "Motion for Leave to File Certain Slides and Photographs Used by the Parties During Trial Under Seal" (Docket No. [772]) and "Motion to File Under Seal the Affidavit of Sehat Sutardja in Support of Marvell's Motion for Judgment on Laches" (Docket No. [797]), as well as all associated briefs and filings (Docket Nos. [773], [779], [815], [817], [818]),

IT IS HEREBY ORDERED that said Motions [772] and [797] are DENIED, in accord with the Court's Memorandum Opinion on the issue. (Docket No. [838]). In so holding, the Court also denies Marvell's requests as expressed within Marvell's briefing (Docket Nos. [772], [818]) for leave to seal slides at Docket No. [708] and to redact portions of the transcripts.

IT IS FURTHER ORDERED that Marvell shall file an un-redacted version of Dr. Sutardja's affidavit and all slides by **April 5, 2013.**

*/s Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record.