IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MARVELL TECHNOLOGY GROUP, LTD.  )<br>et al.,  )<br>  )<br>  Defendants.  )  | Civil Action No. 09-290<br>Judge Nora Barry Fischer |

## ORDER

AND NOW, this 23th day of September, 2013, in accord with the foregoing Memorandum Opinion [901],

IT IS HEREBY ORDERED that Marvell's Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial On Non-Damages Issues (Docket No. [805]), is DENIED.

IT IS FURTHER ORDERED that Marvell's Motion for Judgment as a Matter of Law, New Trial And/Or Remittitur With Respect To Damages (Docket No. [807]), is DENIED.

IT IS FURTHER ORDERED that CMU's Motion for a Finding of Willful Infringement and Enhanced Damages (Docket No. [790]), is GRANTED, in part, to the extent the Court finds in favor of CMU on the issue of willful infringement. The Court reserves its further rulings on said motion and will issue another opinion in due course.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf:  All counsel of record