## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 09-290 |
| | ) | Judge Nora Barry Fischer |
| MARVELL TECHNOLOGY GROUP, LTD. | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

AND NOW, this 23rd day of December, 2013, upon consideration of CMU's Motion and Verified Petition for Supplemental Relief in Aid of Execution (Docket No. [908]), Marvell's Brief in Opposition (Docket No. [912]), CMU's Reply Brief (Docket No. [914]), Marvell's Sur-Reply Brief (Docket No. [914]), and all of the supporting exhibits presented by both parties,

IT IS HEREBY ORDERED that CMU's Motion [908] is DENIED, without prejudice, to CMU seeking any appropriate relief after the final judgment is entered in this case. To this end, because the Court has not ordered Marvell to post a bond at this juncture of the case and CMU has not acted to secure its judgment on the jury's verdict for nearly eleven months, the Court is presently satisfied with Marvell's efforts to obtain a $1.5 billion supersedeas bond pending its forthcoming appeal as set forth in the declaration of Robert McDonough. (Docket No. 915-1). The Court expects **both parties** to reasonably negotiate the terms of any such bond after the final judgment is entered. If disputes remain, the Court will appoint a Special Master to oversee such negotiations, with the costs for same to be shared equally by the parties.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf:  All counsel of record