# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARVELL TECHNOLOGY GROUP, LTD. )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 09-290<br>Judge Nora Barry Fischer |

## ORDER

AND NOW, this 2nd day of January, 2014, upon consideration of CMU's Motion to Permit Registration of Judgment Pursuant to 28 U.S.C. § 1963 and its supporting exhibits (Docket No. [909]) Marvell's Brief in Opposition thereto (Docket No. [917]), and in accordance with 28 U.S.C. § 1963, which provides that "[a] judgment in an action for the recovery of money or property entered in any … district court … may be registered by filing a certified copy of the judgment in any other district … **when the judgment has become final** by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown,"

IT IS HEREBY ORDERED that CMU's Motion [909] is DENIED, as premature, and without prejudice to CMU seeking such relief after the final judgment is entered in this case.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record