# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARVELL TECHNOLOGY GROUP, LTD. ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No. 09-290 <br> Judge Nora Barry Fischer |

## ORDER

AND NOW, this 14th day of January, 2014, in accord with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Marvell's Motion for Judgment on Laches [802] is DENIED.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record