# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>MARVELL TECHNOLOGY GROUP, LTD.<br>and MARVELL SEMICONDUCTOR, INC.,<br><br>Defendants. | Civil Action No. 2:09-cv-00290-NBF |

## DECLARATION OF MICHAEL RASHKIN

I, Michael Rashkin, declare as follows:

1. I am the Interim Chief Financial Officer at Marvell Semiconductor, Inc. I have worked at Marvell since 1999. Prior to my recent appointment as Interim Chief Financial Officer, I served in a variety of important roles involving Marvell's financial operations, including as Vice President of Tax, Vice President of Strategic Development, and President of the Marvell Charitable Fund. I also served as Interim Chief Financial Officer of Marvell from July 2007 to January 2008. I submit this affidavit in support of Defendants' Response to Plaintiff's Motion for Telephonic Status Conference. I have personal knowledge of the facts set forth in this affidavit and, if called as a witness, could and would competently testify to them.

2. I understand that CMU has stated a concern that Marvell may consummate an extraordinary corporate transaction that will make it difficult for CMU to collect on its judgment. In fact, Marvell has no present plans for an extraordinary corporate transaction (e.g., buyout, merger, reorganization or liquidation) and has not been in negotiations with KKR concerning such a transaction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of January, 2014, in Santa Clara, California.

_____
Michael Rashkin