**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CARNEGIE MELLON UNIVERSITY,

       Plaintiff,

   v.

MARVELL TECHNOLOGY GROUP, LTD.,
and MARVELL SEMICONDUCTOR, INC.,

       Defendants.

Civil Action No. 2:09-cv-00290-NBF

## MOTION TO WITHDRAW

Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. ("Marvell"), through its undersigned counsel, respectfully moves this Court for an Order withdrawing the appearance of David Radulescu, Gregory S. Maskel, and Melissa Chan O'Sullivan as attorneys of record for Marvell.

The basis for this motion is that David Radulescu, Gregory S. Maskel and Melissa Chan O'Sullivan are no longer affiliated with Quinn Emanuel Urquhart & Sullivan LLP.  David Radulescu and Gregory S. Maskel are now affiliated with Radulescu LLP.  Melissa Chan O'Sullivan is now affiliated with Kaiser Permanente.  Melissa Chan O'Sullivan, David Radulescu, and Gregory Maskel have not been affiliated with Quinn Emanuel Urquhart & Sullivan since May 21, 2013, April 26, 2013 and March 1, 2013, respectively, and have not represented Marvell in this matter since that time.  Quinn Emanuel Urquhart & Sullivan LLP will continue to represent Marvell in this matter.  David Radulescu, Gregory S. Maskel and Melissa Chan O' Sullivan authorized Marvell to file this motion.

2

WHEREFORE, movant respectfully requests this Court to Enter an Order in the form

attached hereto withdrawing the appearance of David Radulescu, Gregory S. Maskel and Melissa

Chan O'Sullivan as attorneys of record for Marvell.

DATED:  January 16, 2014                    Respectfully submitted


                                            By    /s/  John E. Hall
                                               John E. Hall
                                               *jhall@eckertseamans.com*
                                               Timothy P. Ryan
                                               *tryan@eckertseamans.com*
                                               Eckert Seamans Cherin & Mellott, LLC
                                               U.S. Steel Tower
                                               600 Grant Street, 44th Floor
                                               Pittsburgh,  PA 15219
                                               Phone: (412) 566-6000
                                               Fax: (412) 566-6099

                                               *Attorneys for Attorneys for Defendants,*
                                               *Marvell Technology Group, Ltd. and*
                                               *Marvell Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


DATED: January 16, 2014                    By   /s/ John E. Hall
                                                     John E. Hall
                                                     *jhall@eckertseamans.com*
                                                     Timothy P. Ryan
                                                     *tryan@eckertseamans.com*
                                                     Eckert Seamans Cherin & Mellott, LLC
                                                     U.S. Steel Tower
                                                     600 Grant Street, 44th Floor
                                                     Pittsburgh,  PA 15219
                                                     Phone: (412) 566-6000
                                                     Fax: (412) 566-6099