IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CARNEGIE MELLON UNIVERSITY, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:09-cv-00290-NBF |
| MARVELL TECHNOLOGY GROUP, LTD., and MARVELL SEMICONDUCTOR, INC., | ) ) ) ) | |
| Defendants. | ) | |

**JOINT SUBMISSION REGARDING THE SELECTION OF A SPECIAL MASTER PURSUANT TO ORDER OF COURT DATED JANUARY 28, 2014 (DKT. 928)**

Plaintiff, Carnegie Mellon University ("CMU") and Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. (collectively, "Marvell"), by their undersigned counsel, hereby respectfully submit the following Joint Submission Regarding The Selection of a Special Master Pursuant to Order of Court Dated January 28, 2014 (Dkt. 928).

The parties have exchanged lists of potential Special Masters and have agreed upon Tom Frampton in the first instance, subject, of course, to the Court's approval:

> Tom Frampton, Esq.
> Goehring Rutter & Boehm
> 437 Grant Street
> 14th Floor
> Pittsburgh, PA 15219-6107
> Phone: 412-281-0587
> Email: tframpton@grblaw.com

If Mr. Frampton does not meet with the Court's approval, or for some reason is conflicted or otherwise unable to serve as a Special Master, the parties respectfully request permission to revisit the selection process.

Dated: February 7, 2014

| | |
|---|---|
| /s/ Kathleen M. Sullivan<br>Kathleen M. Sullivan (pro hac vice)<br>Edward J. DeFranco (pro hac vice)<br>Derek L. Shaffer (pro hac vice)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Phone: (212) 849-7000<br>Fax: (212) 849-7100<br>eddefranco@quinnemanuel.com<br><br>Kevin P.B. Johnson (pro hac vice)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>555 Twin Dolphin Drive., 5th Floor<br>Redwood Shores, California 94065<br>Phone: (650) 801-5000<br>Fax: (650) 801-5100<br>kevinjohnson@quinnemanuel.com<br><br>/s/ John E. Hall<br>John E. Hall<br>jhall@eckertseamans.com<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Ph (412) 566-6000<br>Fax (412) 566-6099<br><br>*Counsel for Defendants, Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc.* | /s/ Patrick J. McElhinny<br>Patrick J. McElhinny, Pa. I.D. # 53510<br>patrick.mcelhinny@klgates.com<br>Christopher M. Verdini, Pa. I.D. # 93245<br>christopher.verdini@klgates.com<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Ph (412) 355-6500<br>Fax (412) 355-6501<br><br>Douglas B. Greenswag (admitted *pro hac vice*)<br>douglas.greenswag@klgates.com<br>K&L GATES LLP<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br><br>*Counsel for Plaintiff, Carnegie Mellon University* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2014 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John E. Hall
John E. Hall
jhall@eckertseamans.com
Timothy P. Ryan
tryan@ eckertseamans.com
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Ph (412) 566-6000
Fax (412) 566-6099